B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>District of Puerto Rico | Voluntary Petition |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**BAÑOS Y PISOS, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **66-0479029** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**CARR 3 KM 14.1<br>AVE 65TH INFANTERIA<br>CAROLINA, PR**<br>ZIPCODE **00000** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Carolina** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>**HC-05<br>BOX 52335<br>CAGUAS, PR**<br>ZIPCODE **00725-9204** | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**CARR 3 KM 14.1, AVE 65TH INFANTERIA, CAROLINA, PR**   ZIPCODE **00630** | |

<table>
<tr>
<td><b>Type of Debtor</b><br>(Form of Organization)<br>(Check <b>one</b> box.)<br><br>☐ Individual (includes Joint Debtors)<br><i>See Exhibit D on page 2 of this form.</i><br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br>_____<br><b>Chapter 15 Debtor</b><br>Country of debtor's center of main interests:<br>_____<br>Each country in which a foreign proceeding by,<br>regarding, or against debtor is pending:<br>_____</td>
<td><b>Nature of Business</b><br>(Check <b>one</b> box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br><br><b>Tax-Exempt Entity</b><br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under<br>Title 26 of the United States Code (the<br>Internal Revenue Code).</td>
<td><b>Chapter of Bankruptcy Code Under Which<br>the Petition is Filed</b> (Check <b>one</b> box.)<br>☐ Chapter 7      ☐ Chapter 15 Petition for<br>☐ Chapter 9          Recognition of a Foreign<br>☑ Chapter 11          Main Proceeding<br>☐ Chapter 12     ☐ Chapter 15 Petition for<br>☐ Chapter 13          Recognition of a Foreign<br>                      Nonmain Proceeding<br>_____<br><b>Nature of Debts</b><br>(Check one box.)<br>☐ Debts are primarily consumer   ☑ Debts are primarily<br>debts, defined in 11 U.S.C.          business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose."</td>
</tr>
</table>

<table>
<tr>
<td><b>Filing Fee</b> (Check one box)<br><br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals<br>only). Must attach signed application for the court's<br>consideration certifying that the debtor is unable to pay fee<br>except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals<br>only). Must attach signed application for the court's<br>consideration. See Official Form 3B.</td>
<td><b>Chapter 11 Debtors</b><br><b>Check one box:</b><br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><b>Check if:</b><br>☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less<br>than $2,490,925 <i>(amount subject to adjustment on 4/01/16 and every three years thereafter).</i><br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br><b>Check all applicable boxes:</b><br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in<br>accordance with 11 U.S.C. § 1126(b).</td>
</tr>
</table>

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
| --- | --- |
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1)  (04/13)                                                                                                              Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **BAÑOS Y PISOS, INC.** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed:**None** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td>
<b>Exhibit A</b><br>
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>
☐   Exhibit A is attached and made a part of this petition.
</td>
<td>
<b>Exhibit B</b><br>
(To be completed if debtor is an individual<br>
whose debts are primarily consumer debts.)<br><br>
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>
X _____<br>
   Signature of Attorney for Debtor(s)                      Date
</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.
☑   No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐   Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13) — Page 3

| | |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**BAÑOS Y PISOS, INC.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Debtor<br>**X** _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| **X** */s/ Santos & González, LLC*<br>Signature of Attorney for Debtor(s)<br><br>**Santos & González, LLC 213705**<br>**Santos & Gonzalez LLC**<br>**PO BOX 9102**<br>**HUMACAO, PR  00791**<br>**(787) 721-3437**<br>**ngonzalezc@ngclawpr.com**<br><br><br><br>**October  8, 2014**<br>Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any,  of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** */s/ ALBERTO CAMAYD FREIXAS*<br>Signature of Authorized Individual<br>**ALBERTO CAMAYD FREIXAS**<br>Printed Name of Authorized Individual<br>**PRESIDENTE**<br>Title of Authorized Individual<br>**October  8, 2014**<br>Date | **X** _____<br>Signature<br><br>_____<br>Date<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**

**District of Puerto Rico**

**IN RE:**                                                                        Case No. _____

**BAÑOS Y PISOS, INC.**                                                Chapter **11**
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| CERAMICA LIMA<br>AV. ALFREDO MENDIOLA SAN MARTIN PORRES<br>LIMA,   150101 | | | | 136,886.86 |
| CENTRO RECAUDACION INGRESOS MUNICIPALES<br>PO BOX 595387<br>SAN JUAN, PR 00919-5387 | | | | 21,744.00 |
| CENTRO RECAUDACION INGRESOS MUNICIPALES<br>PO BOX 595387<br>SAN JUAN, PR 00919-5387 | | | | 20,823.38 |
| POPULAR AUTO<br>PO BOX 15011<br>SAN JUAN, PR 00902-8511 | | Bank loan | | 18,600.64 |
| BANCO POPULAR DE PUERTO RICO<br>DIVISION DE PRODUCTO DE TARJETAS<br>PO BOX 363228<br>SAN JUAN, PR 00936-2708 | | Bank loan | | 17,679.75 |
| DEPARTMENT OF TREASURY - PR<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | | | | 17,512.88 |
| AZULEJERA LA PLANA<br>C/EL PINET 1, POLIGONO INDUSTRIAL<br>"ELS PLANS" APDO DE CORREOS 2, 12592<br>CHILCHES CASTELLON SPAIN,   12592 | | | | 14,351.40 |
| AUTORIDAD ENERGIA ELECTRICA<br>PO BOX 363508<br>SAN JUAN, PR 00936-3508 | | | | 12,234.92 |
| DOSEM CERAMICHE SRL<br>VIA GHIAROLA NUOVA 136 41042<br>FIORANO MODENESE (MO)<br>ITALY, | | | | 6,604.22 |
| MUNICIPIO AUTONOMO DE CAROLINA<br>DEPT FINANZAS Y PRESUPUESTO<br>PO BOX 8<br>CAROLINA, PR 00986-0008 | | | | 5,975.68 |
| ROSARIO APARTMENTS<br>HC-05 BOX 52159<br>CAGUAS, PR 00725 | | | | 5,600.00 |
| SINTESI CERAMICA ITALIA<br>SEDE AMM.VA; VIA MOSCA, 38,  41043<br>SASSUOLO(MO)ITALY, | | | | 5,585.44 |
| POPULAR AUTO<br>PO BOX 15011<br>SAN JUAN, PR 00902-8511 | | Bank loan | | 5,541.40 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | |
|---|---:|
| **TILE INTERNATIONAL CORP.**<br>**HC-02 BOX 11270**<br>**HUMACAO, PR  00971** | **5,537.66** |
| **MAPEI CARIBE, INC.**<br>**1144 EAST NEWPORT CENTER DR**<br>**DEERFIELD BEACH, FL  33442** | **5,095.00** |
| **CORPORACION FONDO DEL SEGURO DEL ESTADO**<br>**PO BOX 365028**<br>**SAN JUAN, PR  00936-5028** | **2,959.70** |
| **CESAR RAMIREZ**<br>**RAMIREZ & COMPAÑíA**<br>**#239 LAS MARIAS HYDE PARK**<br>**SAN JUAN, PR  00927** | **500.00** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **October  8, 2014**          Signature: */s/ ALBERTO CAMAYD FREIXAS*

**ALBERTO CAMAYD FREIXAS, PRESIDENTE**

(Print Name and Title)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Official Form 6 - Summary) (12/13)

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE: _____    Case No. _____

**BAÑOS Y PISOS, INC.** _____    Chapter **11** _____
_____
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 4,730,000.00 | | |
| B - Personal Property | Yes | 8 | $ 659,844.29 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 425,833.50 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 69,015.64 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $ 234,217.29 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 18 | $ 5,389,844.29 | $ 729,066.43 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **BAÑOS Y PISOS, INC.**                                                Case No. _____

_____Debtor(s)_____                                                              (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **WAREHOUSE SHOWROOM & STORAGE PROPERTY LOCATED AT PR NO. 3 KM. 14.1, CANOVANILLAS WARD, CAROLINA, PUERTO RICO.** | | | **4,730,000.00** | **425,833.50** |
| | | **TOTAL** | **4,730,000.00** | |

(Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE BAÑOS Y PISOS, INC.                                                    Case No. _____

Debtor(s)                                                                          (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | BPPR CHEKING ACCOUNT #XXXXX8164 | | 0.00 |
| | | BPPR FLEXI CHEKING ACCOUNT #XXXXX0826 | | 5,861.69 |
| | | BPPR FLEXI CHEKING ACCOUNT #XXXXX4473 | | 2,687.56 |
| | | BPPR FLEXI CHEKING ACCOUNT #XXXXX8094 | | 3,163.21 |
| | | FIRSTBANK SAVING ACCOUNT #XXXXX1065 | | 5,492.70 |
| | | SCOTIABANK SAVING ACCOUNT #XXXXXXXXX2972 | | 33.38 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **BAÑOS Y PISOS, INC.**
_____    Case No. _____
Debtor(s)                                                          (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2008 MERCEDES-BENZ ML350. MILEAGE: 66,465<br>2010 TOYOTA COROLLA. MILEAGE: 49,035 | | 18,446.00<br>10,608.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | OFFICE EQUIPMENT<br>CAROLINA: $38,955.00<br>LA BARRA: $9,595.00<br>SEE ATTACHED LIST | | 48,550.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

IN RE **BAÑOS Y PISOS, INC.**
_____  Case No. _____
Debtor(s) (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30. Inventory. | | **MERCHANDISE INVENTORY**<br>**CAROLINA: $551,099.67**<br>**LA BARRA: 13,902.08**<br>**SEE ATTACHED LIST** | | **565,001.75** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

**TOTAL** | **659,844.29**

(Include amounts from any continuation sheets attached.)
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**BAÑOS Y PISOS INC. CAROLINA**
**INVENTARIO DE MOBILIARIO**
**AGOSTO 31, 2014**

| DESCRIPCION | MODELOS | VALOR TOTAL | COSTO ARTICULOS | TOTAL ARTICULOS |
|---|---|---|---|---|
| MUEBLE COCINA PARED | | 1,500.00 | 1,500.00 | 1 |
| GABINETE COCINA 8' | | 250.00 | 250.00 | 1 |
| | | - | - | 0 |
| ESCRITORIO EN L CON GAV. 6' | | 300.00 | 100.00 | 3 |
| ESCRITORIO CON GAV. 5' | | 100.00 | 100.00 | 1 |
| ESCRITORIO MOD. CRISTAL | | 150.00 | 150.00 | 1 |
| ESCRITORIO DE VENA 4' | | 400.00 | 100.00 | 4 |
| | | - | - | 0 |
| CREDENZA DE 5' | | 250.00 | 125.00 | 2 |
| | | - | - | 0 |
| ARCHIVO LEGAL PARED 3' | | 1,800.00 | 150.00 | 12 |
| | | - | - | 0 |
| JUEGO DE COMEDOR 6 SILLAS | | 150.00 | 150.00 | 1 |
| SILLA OFICINA ALTA | | 200.00 | 50.00 | 4 |
| SILLA OFICINA BAJA | | 225.00 | 37.50 | 6 |
| SILLA ESPERA CON BRAZOS | | 500.00 | 25.00 | 20 |
| SOFA | | 150.00 | 150.00 | 1 |
| | | - | - | 0 |
| MONITOR | | 350.00 | 50.00 | 7 |
| TECLADO | | 52.50 | 7.50 | 7 |
| TORRE COMPUTADORA | | 1,750.00 | 250.00 | 7 |
| MAQUINAS DE SUMAR | | 200.00 | 25.00 | 8 |
| BACK-UPS | | 300.00 | 50.00 | 6 |
| PRINTER OKIDATA GRANDE | | 450.00 | 450.00 | 1 |
| PRINTER OKIDATA PEQUENO | | 200.00 | 100.00 | 2 |
| FAX BROTHER | MFC2340 | 75.00 | 75.00 | 1 |
| FOTOCOPIADORA | CANON | 100.00 | 100.00 | 1 |
| TELEVISOR | | 50.00 | 50.00 | 1 |
| | | - | - | 0 |
| AVANICO PEDESTAL | LASKO | 50.00 | 25.00 | 2 |
| AVANICO DE TECHO | | 280.00 | 70.00 | 4 |
| | | - | - | 0 |
| AIRE MINI SLIPT | YORK | 250.00 | 250.00 | 1 |
| AIRE MINI SLIPT | FUJI | 1,000.00 | 250.00 | 4 |
| NEVERA | | 75.00 | 75.00 | 1 |
| MICROHONDA | | 37.50 | 37.50 | 1 |
| FUENTE DE AGUA | | 35.00 | 35.00 | 1 |
| TALADRO DE BANCO | | 250.00 | 250.00 | 1 |
| SIERRA BANCO PORTATIL | | 250.00 | 250.00 | 1 |
| EXTRACTORES VACUM | | 500.00 | 250.00 | 2 |
| MAQUINA DE HACER ROUTER | | 250.00 | 250.00 | 1 |
| | | - | - | 0 |
| MUESTRARIO TIPO MESA | | 5,000.00 | 1,000.00 | 5 |
| MUESTRARIO TIPO LIBRO | | 6,000.00 | 1,500.00 | 4 |
| | | - | - | 0 |
| SISTEMA DE RACK DE ALMACEN | | 4,000.00 | 4,000.00 | 1 |
| HANDTRUCK | | 150.00 | 50.00 | 3 |
| MESA TRABAJO 8' | | 900.00 | 150.00 | 6 |
| MESA DE HACER CURVA | | 250.00 | 250.00 | 1 |
| | | - | - | 0 |
| BOCINA MUSICA | SKP-PRO AUDIO | 175.00 | 175.00 | 1 |
| FINGER | yale | 4,000.00 | 4,000.00 | 1 |
| FINGER | clark | 4,000.00 | 4,000.00 | 1 |
| | | - | - | 0 |

| | | | | |
|---|---|---|---|---|
| CUADRO TELEFONICO | NORTEL | | 500.00 | 500.00 | 1 |
| SISTEMA DE CAMARAS DE SURIDAD | | | 1,000.00 | 1,000.00 | 1 |
| SISTEMA DE ALARMAS | | | 500.00 | 500.00 | 1 |

TOTAL                    $         38,955.00

EMPRESAS BT INC.

LA BARRA

INVENTARIO DE MOBILIARIO

AGOSTO 31, 2014

| DESCRIPCION | MODELOS | VALOR TOTAL | COSTO ARTICULOS | TOTAL ARTICULOS |
|---|---|---|---|---|
| | | | | |
| ESCRITORIO COMPUTADORA | | 100.00 | 100.00 | 1 |
| ESCRITORIO DE VENA 4' | | 100.00 | 50.00 | 2 |
| | | - | - | |
| SILLA OFICINA ALTA | | 37.50 | 37.50 | 1 |
| SILLA ESPERA CON BRAZOS | | 50.00 | 25.00 | 2 |
| | | - | - | |
| MONITOR | DELL | 50.00 | 50.00 | 1 |
| TECLADO | DELL | 7.50 | 7.50 | 1 |
| TECLADO | GENIUS | - | 7.50 | |
| TORRE COMPUTADORA | DELL | 250.00 | 250.00 | 1 |
| BACK-UPS | | 100.00 | 50.00 | 2 |
| PRINTER EPSON | LQ-590 | 200.00 | 200.00 | 1 |
| PRINTER PANASONIC | KXP-2130 | 100.00 | 100.00 | 1 |
| FAX BROTHER | #2820 | 75.00 | 75.00 | 1 |
| CAJA REGISTRADORA | CASIO PCR-272 | 75.00 | 75.00 | 1 |
| | | - | - | |
| MICROWAVE | | 50.00 | 50.00 | 1 |
| NEVERA | | 100.00 | 100.00 | 1 |
| | | - | - | |
| MUESTRARIO TIPO MESA | | 3,000.00 | 1,000.00 | 3 |
| MUESTRARIO TIPO LIBRO | | 4,500.00 | 1,500.00 | 3 |
| RACK DE MUESTRAS | | 800.00 | 100.00 | 8 |

TOTAL                    $    9,595.00

INFORME DEL BALANCE PARA LOS ARTICULOS EN INVENTARIO AL 083114

| NUMERO | DESCRIPCION | UNIDAD | LOCALIDAD | CANTIDAD | COSTO | VALOR | BAR CODE | DEPT. |
|--------|-------------|--------|-----------|----------|-------|-------|---------|-------|
| SKT150 | L. AROA SIENA | EA | ALMA | 68 | 1.00 | 68.00 | | SKT |
| SKT151 | L. AROA GRANA | EA | ALMA | 70 | 1.25 | 87.50 | | SKT |
| SKT152 | L. TAMIKO GRAFITO | EA | ALMA | 142 | 1.00 | 142.00 | | SKT |
| SKT154 | L. MARQUE 01 12" | EA | ALMA | 6 | 3.25 | 19.50 | | SKT |
| SKT156 | L. CY068 4X10 BEIGE | EA | ALMA | 147 | 1.75 | 257.25 | | SKT |
| SKT161 | A.8X12 AROA GRANA | EA | ALMA | 32 | .63 | 20.16 | | SKT |
| SKT164 | A.8X12 TOKIO CHERRY | EA | ALMA | 208 | .63 | 131.04 | | SKT |
| SKT165 | A.8X12 TOKIO GRAFITO | EA | ALMA | 48 | .63 | 30.24 | | SKT |
| SKT166 | A.8X12 MARQUE MARFIL | EA | ALMA | 80 | .63 | 50.40 | | SKT |
| SKT168 | A.8X12 MARQUE BEIGE | EA | ALMA | 12 | .63 | 7.56 | | SKT |
| SKT180 | A.10X16 POSITANO BEIGE | P2 | ALMA | 152 | 1.15 | 174.80 | | SKT |
| SKT183 | A.10X16 LUNA BEIGE | P2 | ALMA | 15 | 1.15 | 17.25 | | SKT |
| SKT189 | A.10X16 SANA CORAL | P2 | ALMA | 75 | 1.15 | 86.25 | | SKT |
| SKT190 | CER. 10X16 MURETO A-4 | P2 | ALMA | 16 | 1.80 | 28.80 | | SKT |
| SKT192 | CER. 10X16 MURETO C-3 | P2 | ALMA | 16 | 1.80 | 28.80 | | SKT |
| SKT193 | CER. 10X16 MURETO D-4 | P2 | ALMA | 16 | 1.80 | 28.80 | | SKT |
| SKT199 | PORC. 12X18 1TT-457140G | P2 | | 78 | 1.95 | 152.10 | | SKT |
| SKT211 | PORC. 12X17.5 ITT-457141-G | P2 | | 28 | 1.90 | 53.20 | | SKT |
| SKT214 | PORC. 12.5X12.5 FERRARA BEIGE GRIP | P2 | ALMA | 30 | 1.29 | 38.70 | | SKT |
| SKT219 | PORC.13X24 1T-61110 | P2 | ALMA | 200 | 3.40 | 680.00 | | SKT |
| SKT223 | PORC. 13X24 2-TT61230 | P2 | ALMA | 176 | 3.40 | 598.40 | | SKT |
| SKT230 | CER. 13X20 KJ ALTA IVORY | P2 | ALMA | 8 | 3.59 | 28.72 | | SKT |
| SKT231 | CER. 13X20 KJ ALTA BEIGE | P2 | ALMA | 8 | 3.59 | 28.72 | | SKT |
| SKT242 | CER. 13.25X20 ANDES IRIS | P2 | ALMA | 42 | 3.59 | 150.78 | | SKT |
| SKT291 | CER. 6X6 QUARRY TILE RUST. | EA | ALMA | 88 | .30 | 26.40 | | SKT |
| SKT297 | CER. 12X12 SANDY BROWN | P2 | ALMA | 80 | .75 | 60.00 | | SKT |
| SKT298 | CER. 12X12 SANDY BEIGE | P2 | ALMA | 289 | .75 | 216.75 | | SKT |
| SKT300 | CER.12.25X12.25 ROCA BR | P2 | ALMA | 30 | .75 | 22.50 | | SKT |
| SKT302 | CER. 12X12 CRATER GREY | P2 | ALMA | 48 | .75 | 36.00 | | SKT |
| SKT311 | PORC. 12.5X12.5 ISEO BEIGE | P2 | ALMA | 15 | 1.05 | 15.75 | | SKT |
| SKT312 | PORC. 13" RIMINI | P2 | ALMA | 10 | 1.05 | 10.50 | | SKT |
| SKT324 | CER. 13X13 STRIKE H | P2 | ALMA | 10 | 2.30 | 23.00 | | SKT |
| SKT339 | CER.16 TORRES BEIGE 9607 | P2 | ALMA | 12 | 1.30 | 15.60 | | SKT |
| SKT343 | CER. 18X18 DELTA B | P2 | ALMA | 12 | 1.95 | 23.40 | | SKT |
| SKT344 | CER. 18X18 DELTA H | P2 | ALMA | 30 | 1.95 | 58.50 | | SKT |
| SKT353 | CER.18X18 45413 | P2 | ALMA | 80 | 1.95 | 156.00 | | SKT |
| SKT369 | CER. 18X18 N6007 | P2 | ALMA | 43 | 2.48 | 106.64 | | SKT |
| SKT400 | PORC. 12X24 3HG-5625J | P2 | ALMA | 16 | 3.40 | 54.40 | | SKT |
| SKT767 | LAV. FUORY CORNER WH | EA | ALMA | 1 | 140.00 | 140.00 | | SKT |
| SKT773 | LAV. PED. SAHARA BONE (JULIETTE) | EA | ALMA | 1 | 45.00 | 45.00 | | SKT |
| SKT801 | INOD.ONE PIECE BONE JA-331 | EA | ALMA | 1 | 160.00 | 160.00 | | SKT |
| SKT811 | INOD.ELONG. WHITE 6811H ARIES | EA | ALMA | 1 | 90.00 | 90.00 | | SKT |
| SKT812 | INOD ELONG. BONE 6811H ARIES | EA | ALMA | 1 | 90.00 | 90.00 | | SKT |
| SKT817 | LAV. PED. IVORY B-02 | EA | ALMA | 1 | 45.00 | 45.00 | | SKT |
| SKT820 | BIDET WHITE JD-449 | EA | ALMA | 1 | 105.00 | 105.00 | | SKT |
| SKT991 | PANO P.O._____ | EA | ALMA | 976 | 2.50 | 2,440.00 | | SKT |
| SKT992 | PANO P.O._____ | EA | ALMA | 625 | 2.70 | 1,687.50 | | SKT |
| SKT993 | PANO P.O._____ | EA | ALMA | 77 | 3.60 | 277.20 | | SKT |

457,117.00  TOTAL GRUPO          551,099.67

FECHA DE PROCESO : 09/02/14  11:54:17                                                                          PAGINA   2

INFORME DEL BALANCE PARA LOS ARTICULOS EN INVENTARIO AL 083114

| NUMERO | DESCRIPCION | UNIDAD | LOCALIDAD | CANTIDAD | COSTO | VALOR | BAR CODE | DEPT. |
|--------|-------------|--------|-----------|----------|-------|-------|----------|-------|
| SG004 | MEZ.LAV. F9704-2 | EA | ALMA | 1 | 29.50 | 29.50 | | SG |
| SG006 | MEZ.LAV. F9700-1C | EA | ALMA | 1 | 29.50 | 29.50 | | SG |
| SG007 | MEZ.LAV. F9700-2C | EA | ALMA | 1 | 28.50 | 28.50 | | SG |
| SG009 | MEZ.LAV. F9185-CP | EA | ALMA | 1 | 36.50 | 36.50 | | SG |
| SG010 | MEZ.LAV. F9451 | EA | ALMA | 1 | 30.50 | 30.50 | | SG |
| SG011 | MEZ.LAV. SATIN 1/H F9130SF | EA | ALMA | 3 | 38.50 | 115.50 | | SG |
| SG031 | DUCHA 8" SHOWER HEAD LUJO JM646-8 | EA | ALMA | 1 | 17.95 | 17.95 | | SG |
| SG036 | BRAZO DUCHA 16" METAL G3361030 | EA | ALMA | 2 | 8.75 | 17.50 | | SG |
| SG060 | MEZ.LAV.SATIN 1/H F9185SF | EA | | 2 | 39.50 | 79.00 | | SG |
| SG101 | GRIFO DUCHA LOOP-HANDLE 10946 | ST | ALMA | 2 | 46.25 | 92.50 | | SG |
| SG201 | GRIFO FREGADERO GOOSENECK 10189 | ST | ALMA | 3 | 35.87 | 107.61 | | SG |
| SG202 | GRIFO FREGADERO LOOP-HANDLE 10076LF | ST | ALMA | 3 | 33.97 | 101.91 | | SG |
| SG203 | GRIFO FREGADERO 4-WING 10471N | ST | ALMA | 3 | 29.92 | 89.76 | | SG |
| SG301 | GRIFO LAV. BARRA 10222FZ | ST | ALMA | 3 | 28.06 | 84.18 | | SG |
| SG302 | GRIFO LAV. 4-WING 10481N | ST | ALMA | 3 | 26.00 | 78.00 | | SG |
| SKT162 | A.8X18 AROA SIENA | EA | ALMA | 16 | .63 | 10.08 | | SKT |
| SKT924 | A. 8X12 GALAXY CREAM | EA | | 16 | .63 | 10.08 | | SKT |
| SKT955 | A. 12X18 RENAZGUE MARRON MATE | P2 | | 60 | 2.99 | 179.40 | | SKT |
| SKT990 | PANO P.O._____ | EA | ALMA | 19 | 2.20 | 41.80 | | SKT |
| SKT992 | PANO P.O._____ | EA | ALMA | 360 | 2.70 | 972.00 | | SKT |
| VAR1 | VARIOS | EA | | 20 | | | | SKV |
| ZZZW | 08/25/14 BYPLABARRA | EA | | 825 | | | | ZZ |

                                   3,156.00  TOTAL GRUPO        13,902.08


                                   3,156.00  GRAN TOTAL         13,902.08

B6C (Official Form 6C) (04/13)

IN RE **BAÑOS Y PISOS, INC.**                                                           Case No. _____
                          Debtor(s)                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

*Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **BAÑOS Y PISOS, INC.**

Debtor(s)

Case No. _____

(If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **XXX-XXXX-XXXXXXX-9003** **BANCO POPULAR DE PUERTO RICO SPECIAL LOANS PO BOX 362708 SAN JUAN, PR  00936-2708** | X | | **COMMERCIAL LOAN WITH MORTGAGE LIEN LOCATED AT COMMERCIAL PROPERTY LOCATED AT CARR 3 KM 14.1 AVE 65TH INFANTERIA, CAROLINA, PUERTO RICO.  SINCE 05/12/2008.** VALUE $ **4,730,000.00** | | | | **425,833.50** | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

**0** continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ **425,833.50** | $ |
| Total (Use only on last page) | $ **425,833.50** | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13)

IN RE **BAÑOS Y PISOS, INC.**                                                    Case No. _____
                        Debtor(s)                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE **BAÑOS Y PISOS, INC.**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **XXXXX9029** <br> **CENTRO RECAUDACION INGRESOS MUNICIPALES PO BOX 595387 SAN JUAN, PR 00919-5387** | | | **PERSONAL PROPERTY TAXES FOR YEAR 2012** | | | | 20,823.38 | 20,823.38 | |
| ACCOUNT NO. **XXXXX9029** <br> **CENTRO RECAUDACION INGRESOS MUNICIPALES PO BOX 595387 SAN JUAN, PR 00919-5387** | | | **PERSONAL PROPERTY TAXES FOR YEAR 2013** | | | | 21,744.00 | 21,744.00 | |
| ACCOUNT NO. **XXXXXX0200** <br> **CORPORACION FONDO DEL SEGURO DEL ESTADO PO BOX 365028 SAN JUAN, PR 00936-5028** | | | **POLICIES FOR YEARS 2014-2015** | | | | 2,959.70 | 2,959.70 | |
| ACCOUNT NO. **XX-XXX9029** <br> **DEPARTMENT OF TREASURY - PR PO BOX 9024140 SAN JUAN, PR 00902-4140** | | | **IVU TAXES FOR THE SECTOR LA BARRA, CAGUAS OPERATION FOR APRIL TO JULY 2014.** | | | | 17,512.88 | 17,512.88 | |
| ACCOUNT NO. **XXXXX0037** <br> **MUNICIPIO AUTONOMO DE CAROLINA DEPT FINANZAS Y PRESUPUESTO PO BOX 8 CAROLINA, PR 00986-0008** | | | **MUNICIPAL LICENSE (PATENTE) FOR CAROLINA OPERATION** | | | | 5,975.68 | 5,975.68 | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ **69,015.64** $ **69,015.64** $

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ **69,015.64**

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ **69,015.64** $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **BAÑOS Y PISOS, INC.** _____     Case No. _____
                                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **XXXXXX1000** <br><br>**AUTORIDAD ENERGIA ELECTRICA** <br>**PO BOX 363508** <br>**SAN JUAN, PR  00936-3508** | | | **UTILITIES.** | | | | **12,234.92** |
| ACCOUNT NO. <br><br>**AZULEJERA LA PLANA** <br>**C/EL PINET 1, POLIGONO INDUSTRIAL** <br>**"ELS PLANS" APDO DE CORREOS 2, 12592** <br>**CHILCHES CASTELLON SPAIN,    12592** | | | **CERAMICS SUPPLIES.** | | | | **14,351.40** |
| ACCOUNT NO. **XXXX-XXXX-XXXX-2656** <br><br>**BANCO POPULAR DE PUERTO RICO** <br>**DIVISION DE PRODUCTO DE TARJETAS** <br>**PO BOX 363228** <br>**SAN JUAN, PR  00936-2708** | | | **REVOLVING ACCOUNT. VISA BUSINESS SINCE 1998.** | | | | **17,679.75** |
| ACCOUNT NO. <br><br>**CERAMICA LIMA** <br>**AV. ALFREDO MENDIOLA SAN MARTIN PORRES** <br>**LIMA,    150101** | | | **CERAMICS SUPPLIES** | | | | **136,886.86** |

**2** continuation sheets attached

Subtotal
(Total of this page)  $ **181,152.93**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **BAÑOS Y PISOS, INC.** _____ Case No. _____
Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **CESAR RAMIREZ** <br> **RAMIREZ & COMPAÑíA** <br> **#239 LAS MARIAS HYDE PARK** <br> **SAN JUAN, PR  00927** | | | **ACCOUNTING AND AUDITING SERVICES.** | | | | 500.00 |
| ACCOUNT NO. <br> **DOSEM CERAMICHE SRL** <br> **VIA GHIAROLA NUOVA 136 41042** <br> **FIORANO MODENESE (MO)** <br> **ITALY,** | | | | | | | 6,604.22 |
| ACCOUNT NO. <br> **MAPEI CARIBE, INC.** <br> **1144 EAST NEWPORT CENTER DR** <br> **DEERFIELD BEACH, FL  33442** | | | **CERAMICS SUPPLIES** | | | | 5,095.00 |
| ACCOUNT NO. **XX-XXX-XXXXX-XX-34982** <br> **POPULAR AUTO** <br> **PO BOX 15011** <br> **SAN JUAN, PR  00902-8511** | | | **AUTO LEASE FOR 2010 TOYOTA COROLLA SINCE 12/16/2010.** | | | | 5,541.40 |
| ACCOUNT NO. **XX-XXX-XXXXX-XX-51423** <br> **POPULAR AUTO** <br> **PO BOX 15011** <br> **SAN JUAN, PR  00902-8511** | | | **AUTO LEASE FOR 2008 MERCEDES BENZ ML350, SINCE 01/17/2008.** | | | | 18,600.64 |
| ACCOUNT NO. <br> **ROSARIO APARTMENTS** <br> **HC-05 BOX 52159** <br> **CAGUAS, PR  00725** | | | **COMMERCIAL LEASE ARREARS.** | | | | 5,600.00 |
| ACCOUNT NO. <br> **SINTESI CERAMICA ITALIA** <br> **SEDE AMM.VA; VIA MOSCA, 38,  41043** <br> **SASSUOLO(MO)ITALY,** | | | | | | | 5,585.44 |

Sheet no. _____**1**_____ of _____**2**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) |$  **47,526.70**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) |$

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **BAÑOS Y PISOS, INC.**
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**TILE INTERNATIONAL CORP.**<br>**HC-02 BOX 11270**<br>**HUMACAO, PR 00971** | | | **CERAMICS SUPPLIES.** | | | | **5,537.66** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __**2**__ of __**2**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,537.66**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **234,217.29**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE BAÑOS Y PISOS, INC. _____   Case No. _____
            Debtor(s)                                      (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **POPULAR AUTO**<br>**PO BOX 15011**<br>**SAN JUAN, PR  00902-8511** | **AUTO LEASE CONTRACT FOR 2008 MERCEDES-BENZ ML350** |
| **POPULAR AUTO**<br>**PO BOX 15011**<br>**SAN JUAN, PR  00902-8511** | **AUTO LEASE CONTRACT FOR 2010 TOYOTA COROLLA** |
| **ROSARIO APARTMENT**<br>**HC 05 BOX 52159**<br>**CAGUAS, PR** | **COMMERCIAL LEASE AGREEMENT AT LA BARRA, CAGUAS.** |
| **GLOBAL BED PRODUCTS CORP.**<br>**CARR. 149 KM 66.8**<br>**URB. INDUSTRIAL ZONA URBANA**<br>**JUANA DIAZ, PR  00795** | **COMMERCIAL SPACE LEASE AGREEMENT AT CAROLINA, PR.** |
| **CRAZY FUN CORP.**<br>**CALLE ALMENDRO #637 LOS COLOBOS PARK**<br>**CAROLINA, PR  00987** | **COMMERCIAL SPACE LEASE AGREEMENT AT CAROLINA.** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **BAÑOS Y PISOS, INC.**                                                    Case No. _____
_____
                    Debtor(s)                                                                      (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **ALBERTO CAMAYD FREIXAS**<br>**LA GARITA E11 PASEO SAN JUAN**<br>**SAN JUAN, PR  00926-6513** | **BANCO POPULAR DE PUERTO RICO**<br>**SPECIAL LOANS**<br>**PO BOX 362708**<br>**SAN JUAN, PR  00936-2708** |
| **BORICUA TERRAZO**<br>**HC-05 BOX 52335**<br>**CAGUAS, PR  00725-9204** | **BANCO POPULAR DE PUERTO RICO**<br>**SPECIAL LOANS**<br>**PO BOX 362708**<br>**SAN JUAN, PR  00936-2708** |
| **EMPRESAS BT. INC.**<br>**HC-05 BOX 52335**<br>**CAGUAS, PR  00725-9204** | **BANCO POPULAR DE PUERTO RICO**<br>**SPECIAL LOANS**<br>**PO BOX 362708**<br>**SAN JUAN, PR  00936-2708** |
| **MARIA CRISTINA CACHO NEGRETE**<br>**LA GARITA E-11 PASEO SAN JUAN**<br>**SAN JUAN, PR  00926-6513** | **BANCO POPULAR DE PUERTO RICO**<br>**SPECIAL LOANS**<br>**PO BOX 362708**<br>**SAN JUAN, PR  00936-2708** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **BAÑOS Y PISOS, INC.** _____     Case No. _____
                Debtor(s)                                              (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____
                                                                     Debtor

Date: _____     Signature: _____
                                                          (Joint Debtor, if any)
                            [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____     _____
Signature of Bankruptcy Petition Preparer                                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **PRESIDENTE**_____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **BAÑOS Y PISOS, INC.**_____
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**19** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **October  8, 2014**_____     Signature: ***/s/ ALBERTO CAMAYD FREIXAS***_____

                                **ALBERTO CAMAYD FREIXAS**
                                            (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/13)

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                    Case No. _____

**BAÑOS Y PISOS, INC.**                                    Chapter **11** _____

Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

**1. Income from employment or operation of business**

None  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business,
☐  including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 675,199.00 | INCOME FROM OPERATION OF BUSINESS FOR FISCAL YEAR CLOSING IN 08/31/2013 |
| 574,301.00 | INCOME FROM OPERATION OF BUSINESS FOR FISCAL YEAR CLOSING IN 08/31/2012 |
| 785,313.09 | 2014 YTD INCOME FROM OPERATION OF BUSINESS. |

---

**2. Income other than from employment or operation of business**

None  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the
☑  **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None  *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other
☑  debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☑ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **SANTOS & GONZALEZ LLC** | | **7,500.00** |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

### 11. Closed financial accounts

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 14. Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.

### 15. Prior address of debtor

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

### 16. Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**18. Nature, location and name of business**

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates
☐ of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| BAÑOS Y PISOS INC. | 66-0479029 | CARR 3 KM 14.1 AVE 65TH INFANTERIA CAROLINA, PR 00630-0000 | RETAIL OF CERAMICS AND BATHROOM FURNITURE ACCESSORIES | SINCE 1991 TO PRESENT |

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
☑

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None  a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the
☐ keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| ANA GABRIELA ARROYO CARR 1 KM 28.3 BO RIO CAÑAS CAGUAS, PR 00725 | 1997 TO PRESENT |
| BLANCA L. VILLEGAS SIERRA CARR 1 KM.28.3 BO. RIO CAÑAS CAGUAS, PR 00725 | MAY 22, 1977 TO PRESENT |

None  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account
☐ and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| MICHAEL ALAMO GARCIA PO BOX 7064 CAGUAS, PR 00726-7064 | 2011 TO PRESENT |

None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the
☑ debtor. If any of the books of account and records are not available, explain.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within the **two years** immediately preceding the commencement of this case.

## 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| **ALBERTO CAMAYD FREIXAS**<br>**LA GARITA E11 PASEO SAN JUAN**<br>**SAN JUAN, PR  00926-6513** | **PRESIDENT** | **STOCKHOLDER 50%** |
| **MARIA CRISTINA CACHO NEGRETE**<br>**LA GARITA E11 PASEO SAN JUAN**<br>**SAN JUAN, PR  00926-6513** | **SECRETARY/ TREASURER** | **STOCKHOLDER 50%** |

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

## 24. Tax Consolidation Group

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

## 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **October  8, 2014** _____     Signature: */s/ ALBERTO CAMAYD FREIXAS* _____

**ALBERTO CAMAYD FREIXAS, PRESIDENTE** _____
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____**0**_____ continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                        Case No. _____

**BAÑOS Y PISOS, INC.** _____   Chapter **11**_____
                                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within
    one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation
    of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**175.00/hr**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**7,500.00**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

2.  The source of the compensation paid to me was: ☑Debtor ☐Other (specify):

3.  The source of compensation to be paid to me is: ☑Debtor ☐Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement,
    together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters~~;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy
proceeding.

_____**October  8, 2014**_____        _/s/ Santos & González, LLC_____
         Date                               **Santos & González, LLC 213705**
                                            **Santos & Gonzalez LLC**
                                            **PO BOX 9102**
                                            **HUMACAO, PR  00791**
                                            **(787) 721-3437**
                                            **ngonzalezc@ngclawpr.com**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Puerto Rico**

**IN RE:**

Case No. _____

**BAÑOS Y PISOS, INC.**

Chapter **11**_____

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **October 8, 2014**_____     Signature: **/s/ ALBERTO CAMAYD FREIXAS**_____

                                     **ALBERTO CAMAYD FREIXAS, PRESIDENTE**            Debtor

Date: _____     Signature: _____

                                                                    Joint Debtor, if any

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**BAÑOS Y PISOS, INC.**
**HC-05**
**BOX 52335**
**CAGUAS, PR 00725-9204**

**CORPORACION FONDO DEL SEGURO DEL**
**ESTADO**
**PO BOX 365028**
**SAN JUAN, PR 00936-5028**

**SINTESI CERAMICA ITALIA**
**SEDE AMM.VA; VIA MOSCA, 38, 41043**
**SASSUOLO(MO)ITALY,**

**PO BOX 9102**
**HUMACAO, PR 00791**

**CRAZY FUN CORP.**
**CALLE ALMENDRO #637 LOS COLOBOS**
**PARK**
**CAROLINA, PR 00987**

**TILE INTERNATIONAL CORP.**
**HC-02 BOX 11270**
**HUMACAO, PR 00971**

**AUTORIDAD ENERGIA ELECTRICA**
**PO BOX 363508**
**SAN JUAN, PR 00936-3508**

**DEPARTMENT OF TREASURY - PR**
**PO BOX 9024140**
**SAN JUAN, PR 00902-4140**

**AZULEJERA LA PLANA**
**C/EL PINET 1, POLIGONO INDUSTRIAL**
**"ELS PLANS" APDO DE CORREOS 2, 12592**
**CHILCHES CASTELLON SPAIN, 12592**

**DOSEM CERAMICHE SRL**
**VIA GHIAROLA NUOVA 136 41042**
**FIORANO MODENESE (MO)**
**ITALY,**

**BANCO POPULAR DE PUERTO RICO**
**SPECIAL LOANS**
**PO BOX 362708**
**SAN JUAN, PR 00936-2708**

**EMPRESAS BT. INC.**
**HC-05 BOX 52335**
**CAGUAS, PR 00725-9204**

**BANCO POPULAR DE PUERTO RICO**
**DIVISION DE PRODUCTO DE TARJETAS**
**PO BOX 363228**
**SAN JUAN, PR 00936-2708**

**GLOBAL BED PRODUCTS CORP.**
**CARR. 149 KM 66.8**
**URB. INDUSTRIAL ZONA URBANA**
**JUANA DIAZ, PR 00795**

**BORICUA TERRAZO**
**HC-05 BOX 52335**
**CAGUAS, PR 00725-9204**

**MAPEI CARIBE, INC.**
**1144 EAST NEWPORT CENTER DR**
**DEERFIELD BEACH, FL 33442**

**CENTRO RECAUDACION INGRESOS**
**MUNICIPALES**
**PO BOX 595387**
**SAN JUAN, PR 00919-5387**

**MUNICIPIO AUTONOMO DE CAROLINA**
**DEPT FINANZAS Y PRESUPUESTO**
**PO BOX 8**
**CAROLINA, PR 00986-0008**

**CERAMICA LIMA**
**AV. ALFREDO MENDIOLA SAN MARTIN**
**PORRES**
**LIMA, 150101**

**POPULAR AUTO**
**PO BOX 15011**
**SAN JUAN, PR 00902-8511**

**CESAR RAMIREZ**
**RAMIREZ & COMPAÑíA**
**#239 LAS MARIAS HYDE PARK**
**SAN JUAN, PR 00927**

**ROSARIO APARTMENTS**
**HC-05 BOX 52159**
**CAGUAS, PR 00725**