

*"Integrity and Excellence"*

07/09/2015

BAÑOS Y PISOS, INC.
PO Box 52335
Caguas PR 00725-9204

Invoice No.   Ser-2261

Project/Case:
   *Case (B&P) 14-08347 MCF11*

# INVOICE

| Date | Professional services rendered: | Time Incurred/Job | Rate/Fixed | Amount |
|---|---|---|---|---|
| 11/12/2014 | Meeting at Banco Popular de PR regarding adequate protection arrangement. (50%) | 1.25 | 150.00 | 187.50 |
| 11/14/2014 | Prepare projected cash flow (Debtor's offices) (50%) | 1.75 | 150.00 | 262.50 |
| 11/14/2014 | Information to prepare cash flow and operational flowchart. (50%) | 2.00 | 150.00 | 300.00 |
| 11/16/2014 | Prepare summary of comparative sales and average profit and loss using last three months (Aug, Sept and Oct) (50%) | 0.75 | 150.00 | 112.50 |
| 11/16/2014 | Attend with Debtor to Chapter 11 341 Meeting of Creditors. (50%) | 1.75 | 150.00 | 262.50 |
| 11/16/2014 | Meeting at Empresas BT with Corp officers regarding future plans and alternatives (after 341). (50%) | 2.25 | 150.00 | 337.50 |
| 11/17/2014 | Meeting to discuss possible scenarios in order to business restructuring. (50%) | 1.75 | 150.00 | 262.50 |
| 11/18/2014 | Prepare projected cash flow budget for adequate protection (50%) | 1.25 | 150.00 | 187.50 |
| 12/01/2014 | Meeting with legal staff and meeting at Banco Popular de PR regarding adequate protection payment. (50%) | 2.25 | 150.00 | 337.50 |

**BALANCE DUE**

Ciudad Jardín Bairoa, 172 La Coruña, Caguas PR 00727-1354   Tels. (787) 703-2552  Fax (787) 747-0620
email: cpalcruz@gmail.com



07/09/2015

BAÑOS Y PISOS, INC.
PO Box 52335
Caguas PR 00725-9204

Invoice No.   *Ser-2261*

Project/Case:
*Case (B&P) 14-08347 MCF11*

# INVOICE

| Date | Professional services rendered: | Time Incurred/Job | Rate/Fixed | Amount |
|---|---|---|---|---|
| 12/12/2014 | Amended projected cash flow in order to reflect detailed expenses (50%) | 1.50 | 150.00 | 225.00 |
| 12/17/2014 | Verify information regarding inventories and prepare reports in order to prepare monthly operating reports. (50%) | 0.75 | 150.00 | 112.50 |
| 12/19/2014 | Meeting at company's premises regarding physical inventory and bank documentation. (50%) | 0.75 | 150.00 | 112.50 |
| 12/22/2014 | Check, deposit register and bank reconciliation for the month of October 2014 and preparation of Bankruptcy Operating Report (MOR). (50%) | 2.25 | 150.00 | 337.50 |
| 12/23/2014 | Check, deposit register and bank reconciliation for the month of October 2014 and preparation of Bankruptcy Operating Report (MOR).(50%) | 4.25 | 150.00 | 637.50 |
| 01/16/2015 | (B&P) Prepare amended Bankruptcy Operating Report (MOR) for the month of October 2014. | 2.00 | 150.00 | 300.00 |
| 01/27/2015 | (B&P) Prepare Bankruptcy Operating Report (MOR) for the month of November 2014. | 3.25 | 150.00 | 487.50 |

**BALANCE DUE**



**CPA Luis Cruz López**
Certified Public Accountant

*"Integrity and Excellence"*

07/09/2015

BAÑOS Y PISOS, INC.
PO Box 52335
Caguas PR 00725-9204

Invoice No. *Ser-2261*

Project/Case:
*Case (B&P) 14-08347 MCF11*

# INVOICE

| Date | Professional services rendered: | Time Incurred/Job | Rate/Fixed | Amount |
|---|---|---|---|---|
| 02/04/2015 | (B&P) Prepare Bankruptcy Operating Report (MOR) for the month of November 2014. | 2.75 | 150.00 | 412.50 |
| 02/06/2015 | (B&P) Prepare Bankruptcy Operating Report (MOR) for the month of December 2014. | 2.50 | 150.00 | 375.00 |
| 02/06/2015 | Information for the month of December and January MOR's. (50%) | 0.25 | 150.00 | 37.50 |
| 02/12/2015 | (B&P) Prepare Bankruptcy Operating Report (MOR) for the month of December 2014. | 2.75 | 150.00 | 412.50 |
| 03/04/2015 | Meeting at Nilda Gonzalez Law's office. (50%) | 1.50 | 150.00 | 225.00 |
| 03/09/2015 | Prepare profit and loss by store. (50%) | 2.50 | 150.00 | 375.00 |
| 03/09/2015 | Meeting with Nilda Gonzalez and Juan Santos in Caguas.(50%) | 1.75 | 150.00 | 262.50 |
| 03/12/2015 | Meeting at company's premises. (50%) | 0.75 | 150.00 | 112.50 |
| 03/27/2015 | (B&P) Prepare Bankruptcy Operating Report (MOR) for the month of January 2015. | 3.75 | 150.00 | 562.50 |

**BALANCE DUE**

Ciudad Jardín Bairoa, 172 La Coruña, Caguas PR 00727-1354  Tels. (787) 703-2552  Fax (787) 747-0620
email: cpalcruz@gmail.com



07/09/2015

BAÑOS Y PISOS, INC.
PO Box 52335
Caguas PR 00725-9204

Invoice No.   **Ser-2261**

Project/Case:
   *Case (B&P) 14-08347 MCF11*

# INVOICE

| Date | Professional services rendered: | Time Incurred/Job | Rate/Fixed | Amount |
|---|---|---|---|---|
| 03/27/2015 | (B&P) Prepare Bankruptcy Operating Report (MOR) for the month of February 2015. | 3.50 | 150.00 | 525.00 |
| 05/12/2015 | (B&P) Prepare Bankruptcy Operating Report (MOR) for the month of January 2015 (amended). | 0.75 | 150.00 | 112.50 |
| 05/12/2015 | (B&P) Prepare Bankruptcy Operating Report (MOR) for the month of February 2015 (amended). | 0.75 | 150.00 | 112.50 |
| 06/18/2015 | (B&P) Prepare Bankruptcy Operating Report (MOR) for the month of March 2015. | 3.50 | 150.00 | 525.00 |
| 06/23/2015 | Hearing at Bankruptcy Court, Old San Juan (50%). | 1.00 | 150.00 | 150.00 |
| 06/24/2015 | (B&P) Prepare Bankruptcy Operating Report (MOR) for the month of April 2015. | 3.50 | 150.00 | 525.00 |

**BALANCE DUE**                                                                                                                                       **$9,187.50**

Ciudad Jardín Bairoa, 172 La Coruña, Caguas PR 00727-1354   Tels. (787) 703-2552  Fax (787) 747-0620
email: cpalcruz@gmail.com