# CPA Luis Cruz López
### Certified Public Accountant

*"Integrity and Excellence"*

09/30/2015

BAÑOS Y PISOS, INC.
PO Box 52335
Caguas PR 00725-9204

Invoice No.  **Ser-2324**

Project/Case:
**Case (B&P) 14-08347 MCF11**

Type:  *Interim Billing*

## INVOICE

| Date | Professional services rendered: | Time Incurred/Job | Rate/Fixed | Amount |
|---|---|---|---|---|
| 07/10/2015 | (B&P) Prepare Bankruptcy Operating Report (MOR) for the month of May 2015. | 3.5 | 150.00 | 525.00 |
| 07/21/2015 | (B&P) Meeting at Nilda Gonzalez law offices | 1.5 | 150.00 | 225.00 |
| 08/05/2015 | (B&P) Prepare Bankruptcy Operating Report (MOR) for the month of Jun 2015. | 3.5 | 150.00 | 525.00 |
| 09/02/2015 | (B&P) Prepare Bankruptcy Operating Report (MOR) for the month of July 2015. | 3.0 | 150.00 | 450.00 |
| 09/21/2015 | (B&P) Prepare Bankruptcy Operating Report (MOR) for the month of August 2015. | 3.2 | 150.00 | 480.00 |
| 09/28/2015 | (B&P) Prepare preliminary forecast financial statement, assumptions, liquidation analysis, payment plan table. | 7.0 | 150.00 | 1,050.00 |

**Subtotal**  $3,255.00

**Sales Tax (4.0%)**  $0.00

**BALANCE DUE**  **$3,255.00**

Ciudad Jardín Bairoa, 172 La Coruña, Caguas PR 00727-1354  Tels. (787) 703-2552  Fax (787) 747-0620
email: cpalcruz@gmail.com