

*"Integrity and Excellence"*

03/19/2016

BAÑOS Y PISOS, INC.
PO Box 52335
Caguas PR 00725-9204

Invoice No.   *Ser-2385*

Project/Case:
*Case (B&P) 14-08347 MCF11*

Type:  *Interim Billing*

# INVOICE

| Date | Professional services rendered: | Time Incurred/Job | Rate/Fixed | Amount |
|---|---|---|---|---|
| 10/20/2015 | (B&P) Prepare Bankruptcy Operating Report (MOR) for the month of September 2015. | 3.30000 | 150.00 | 495.00T |
| 10/21/2015 | (B&P) Prepare Summary of Monthly Operating Report (MOR) as of September 2015 | 1.30000 | 150.00 | 195.00T |
| 10/22/2015 | (B&P) Prepare forecast financial statement, assumptions, liquidation analysis, payment plan table. | 2.80000 | 150.00 | 420.00T |
| 10/23/2015 | (B&P) Prepare forecast financial statement, assumptions, liquidation analysis, payment plan table. | 2.30000 | 150.00 | 345.00T |
| 10/24/2015 | (B&P) Prepare forecast financial statement, assumptions, liquidation analysis, payment plan table. | 3.00000 | 150.00 | 450.00T |
| 01/13/2016 | (B&P) Prepare Bankruptcy Operating Report (MOR) for the month of October 2015. | 2.50000 | 150.00 | 375.00T |
| 02/02/2016 | (B&P) Analyze Trustee's Objection and discuss with Debtor's advisor | 1.00000 | 150.00 | 150.00T |

**Subtotal**

**Sales Tax (4.0%)**

**BALANCE DUE**

Ciudad Jardín Bairoa, 172 La Coruña, Caguas PR 00727-1354   Tels. (787) 703-2552  Fax (787) 747-0620
email: cpalcruz@gmail.com



**CPA Luis Cruz López**
Certified Public Accountant

*"Integrity and Excellence"*

03/19/2016

BAÑOS Y PISOS, INC.
PO Box 52335
Caguas PR 00725-9204

Invoice No.   **Ser-2385**

Project/Case:
**Case (B&P) 14-08347 MCF11**

Type:  **Interim Billing**

## INVOICE

| Date | Professional services rendered: | Time Incurred/Job | Rate/Fixed | Amount |
|---|---|---|---|---|
| 02/09/2016 | (B&P) Prepare Bankruptcy Operating Report (MOR) for the month of November 2015 | 1.70000 | 150.00 | 255.00T |
| 02/10/2016 | (B&P) Prepare Bankruptcy Operating Report (MOR) for the month of December 2015 | 1.80000 | 150.00 | 270.00T |
| 03/02/2016 | (B&P) Disclosure statement hearing at San Juan PR | 1.58333 | 150.00 | 237.50T |
| 03/03/2016 | (B&P) Prepare Bankruptcy Operating Report (MOR) for the month of January 2016 | 1.60000 | 150.00 | 240.00T |

| | |
|---|---|
| **Subtotal** | $3,432.50 |
| **Sales Tax (4.0%)** | $137.30 |
| **BALANCE DUE** | **$3,569.80** |

Ciudad Jardín Bairoa, 172 La Coruña, Caguas PR 00727-1354   Tels. (787) 703-2552  Fax (787) 747-0620
email: cpalcruz@gmail.com