*Nilda M. González Cordero*

Attorney - Notary
46 Carazo St. Suite P2B Guaynabo, PR 00970
(787) 721 3437
ngonzalezc@ngclawpr.com

## Invoice for Legal Services

| Name | Baños y Pisos, Inc. | | Ch.11 Case No. | 14-08347 MCF |
|---|---|---|---|---|
| | | | Fee/hour | $ 175.00 |

| Date | Description | Time | Amount |
|---|---|---|---|
| 9/26/2014 | First meeting with clients to discuss the filing of Chapter 11 Bankruptcy Petition. Discuss major issues, requirements and consequences of a bankruptcy petition. | 2.00 | $ 350.00 |
| 10/2/2014 | Receive and analyze documents requested. Begin preparation of a Chapter 11 petition. | 2.00 | $ 350.00 |
| 10/3/2014 | Meeting with clients to discuss questions regarding operation of busness and other important matters. | 1.30 | $ 227.50 |
| 10/6/2014 | Receive and review multiple emails sent by clients with additional information required for the Chapter 11 Bankruptcy Petition. Continue preparation of petition. | 2.20 | $ 385.00 |
| 10/8/2014 | Complete drafting Bankruptcy Petition. Meeting with clients to evaluate, discuss and sign the Chapter 11 Bankruptcy Petition. File Bankruptcy Petition. | 2.70 | $ 472.50 |
| 10/9/2014 | Send email to Debtor with evidence of filing Bankruptcy Petition, Notice of Bankruptcy Case Filing & Voluntary Petition. | 0.10 | $ 17.50 |
| 10/15/2014 | Receive and review Initial Debtor Interview (IDI) Letter sent by the US Trustee and the Chapter 11 Notice of Meeting of Creditors. Schedule meetings in calendar and notify Debtor. Begin drafting Applications for Administrative Consolidation. | 1.40 | $ 245.00 |
| 10/16/2014 | Receive and review Status Conference Order. | 0.10 | $ 17.50 |
| | Write and file Applications for Approval of Employment of Attorney and of Accountant for the Estate. Write and file Debtors in Possesion's Application to Administratively Consolidate Cases 14-08347 and 14-08349 Under Federal Bankruptcy Rule 1015 (b). | 1.60 | $ 280.00 |
| 10/21/2014 | Various emails with client verifying information still pending to be submitted and/or corrected. | 0.20 | $ 35.00 |
| 10/22/2014 | Begin analysis of documents and information for the IDI and Meeting of Creditors. | 1.20 | $ 210.00 |
| 10/24/2014 | Receive and review email from Mrs. María T. Gorbea from "Autoridad de Energía Eléctrica" (PREPA) requesting information of the Debtor. Various communications to manage the situation presented. | 0.60 | $ 105.00 |
| 10/29/2014 | Meeting with clients to review and sign the documents for the IDI. | 0.90 | $ 157.50 |
| 10/30/2014 | Receive and review Notice of Appearance filed by Atty. Migdalia Effie Guasp and Atty. Eduardo Veray on behalf of Banco Popular de Puerto Rico Special Loans (BPPR). | 0.10 | $ 17.50 |
| 10/31/2014 | Receive and review proof of claim #1 and 2 filed by Popular Auto. | 0.10 | |
| 11/3/2014 | Appear with Debtor to the IDI. | 1.00 | $ 175.00 |
| | Review case to manage pending matters. Conversations with clients to follow up on pending information. Send email to CPA Luis Cruz requesting financial analysis to negotiate with BPPR. Send and receve various emails with Atty. Guasp to coordinate a meeting. | 0.90 | $ 157.50 |
| 11/6/2014 | Receive and review Notice of Appearance filed by Atty. Verónica Durán Castillo on behalf of Popular Auto. | 0.10 | $ 17.50 |
| 11/10/2014 | Receive and review proof of claim #3 filed by CRIM. | 0.10 | $ 17.50 |
| 11/12/2014 | Receive and review Notice of Appearance and Request for Notice filed by Atty. Carmen Priscilla Figueroa on behalf of CRIM. | 0.10 | $ 17.50 |

*Nilda M. González Cordero*

Attorney - Notary
46 Carazo St. Suite P2B Guaynabo, PR 00970
(787) 721 3437
ngonzalezc@ngclawpr.com

| Date | Description | Hours | Amount |
|---|---|---|---|
| | Meeting with CPA Luis Cruz to discuss financial situation of the corporation in preparation for the meeting with BPPR's attorneys. Meeting with Atty. Migdalia Effie Guasp and Atty. Luis Marini on behalf of BPPR and with CPA Luis Cruz. | 1.50 | $ 262.50 |
| 11/13/2014 | Send various emails to CPA Luis Cruz regarding the "Use of Cash Collateral" and the POCs filed by CRIM. | 0.20 | $ 35.00 |
| 11/14/2014 | Receive and review Notice of Appearance by Atty. Isabel M. Fullana on behalf of Ceramica Lima (CELIMA). Receive and review Order Authorizing Employment of Attorney and Accountant and the Order Authorizing the Administrative Consolidation of the cases 14-08347 and 14-08349. Send email to CPA Luis Cruz notifying the Order of employment. | 0.20 | $ 35.00 |
| 11/17/2014 | Appear with Debtor to 341 Meeting of Creditors. Meeting with clients and CPA Luis Cruz to discuss the ocurrences at the meeting of creditors. | 1.40 | $ 245.00 |
| 11/18/2014 | Receive and review proof of claim #4 filed by Internal Revenue Service (IRS) and Minutes of the 341 Meeting of Creditors. Send email to the US Trustee with evidence of the closing and oppening of the bank accounts. | 0.20 | $ 35.00 |
| 11/19/2014 | Receive and review an email from CPA Luis Cruz with the Preliminary Cash Budget. Phone conversation with CPA Luis Cruz. | 0.20 | $ 35.00 |
| 11/21/2014 | Receive and review proof of claim #5 filed by AEE. | 0.10 | $ 17.50 |
| 11/25/2014 | Receive and review Urgent Stipulation for Interim Use of Cash Collateral and Adequate Protection sent by Atty. Luis Marini. Review it and make some amendments; send an email to Atty. Marini with the changes suggested. Receive and review Notice of Apperance and Stipulation for Interim Use of Cash Collateral and Adequate Protection filed by Atty. Marini. | 0.60 | $ 105.00 |
| | Phone conversation with Debtor's accounting employees to discuss a controversy with "Autoridad de Acueductos y Alcantarillados" (AAA) and the bonds requested. Manage the situation with AAA supervisor and oter employees. Discuss alternatives with Debtor's employees. | 0.90 | $ 157.50 |
| 11/26/2014 | Various conversations with CPA Luis Cruz regarding Proyected Cash Flow of Baños y Pisos, Inc. and Empresas BT. Inc., as well as of Monday's meeting and other pending matters. Receive and review proof of claim #6 filed by BPPR, and send it to CPA Luis Cruz. | 0.70 | $ 122.50 |
| | Phone conversation with debtor regarding issue with AEE, bond required and the alternatives. Discuss issue with an insurance agent to corroborate the requirements of the bond. | 0.70 | $ 122.50 |
| 12/1/2014 | Meeting with CPA Luis Cruz in preparation for the meeting with BPPR to discuss Cash Collateral issues and other matters. Meeting with Atty. Migdalia Effie Guasp and Atty. Luis Marini and CPA Luis Cruz to discuss Cash Collateral issues and projections for the payment of the debt with BPPR. Conference call with Debtor's acccounting assistant, Debtor's officials and CPA Luis Cruz to make clear the way in which payments are going to be made to BPPR. | 1.20 | $ 210.00 |
| 12/2/2014 | Send email to a insurance agent with documents required for the PREPA bond and discussing our concenrns with the bond. Send email to Atty. Migdalia Effie Guasp and Atty. Luis Marini to discuss some post-meeting concerns raised by Debtor. Receive email form CPA Luis Cruz including financial information. | 0.40 | $ 70.00 |
| 12/5/2014 | Send email to Atty. Guasp and Atty. Marini from BPPR regarding Adequate Protection Agreement. Send email to US Trustee summiting information as to the leasing agreements. | 0.20 | $ 35.00 |
| 12/10/2014 | Receive and review proof of claim #7 filed by Tile International Corp. | 0.10 | $ 17.50 |

*Nilda M. González Cordero*

Attorney - Notary
46 Carazo St. Suite P2B Guaynabo, PR 00970
(787) 721 3437
ngonzalezc@ngclawpr.com

| Date | Description | Hours | Amount |
|---|---|---|---|
| 12/12/2014 | Receive and review Order Approving Settlement/Stipulation. Receive and review a State Court lawsuit, Jane Smith Farmer v. Boricua Terrazo, Empresas BT, Inc., Et Als, Civil No. ECD 2014-1345, Superior Court of Caguas. | 0.30 | $ 52.50 |
| 12/15/2014 | Receive and review proof of claim #8 filed by Master Products. Phone conversation with Debtor's accounting employees regarding intercompany transactions. Various emails with CPA Luis Cruz and analysis of said information. | 0.30 | $ 52.50 |
| 12/17/2014 | Appear to Status Conference. Meeting with Debtor's officials to discuss pending matters. | 1.50 | $ 262.50 |
| 12/18/2014 | Phone conversation with CPA Luis Cruz regarding audited Finals Statements. Conference call with CPA Luis Cruz and Debtor's president and accounting employee. Phone call from Mr. Tomás Molina from BPPR requesting status of adequate protection payments and other information related to the Debtor's inventory. Send email to CPA Luis Cruz with documents requested. | 0.30 | $ 52.50 |
| 12/19/2015 | Various phone conversations and emails from Debtor's accounting employee regarding the information required by BPPR. Send email to Mr. Tomás Molina from BPPR with information requested. | 0.30 | $ 52.50 |
| 12/22/2014 | Receive and review email by Atty. Marini from BPPR with an Extended Stipulation of Cash Collateral. Various emails and conversations with CPA Luis Cruz to discuss the terms of the propose stipulation. Analyze stipulation and send email to Atty. Marini including comments as to doubts and possible amendments to the document. Varoius phone conversation with CPA Luis Cruz as to the filing of consolidated monthly operating reports. | 0.70 | $ 122.50 |
| 12/23/2014 | Receive and review Minutes Entry from Hearing. | 0.10 | $ 17.50 |
| 12/24/2014 | Prepare amendments to Schedules B, D, F & G and to Statetment of Financial Affairs. Write Motion to Inform the Filing of the Amended Schedules. File the Schedules and the Motion. Various email with Atty. Marini from BPPR regarding the terms of the amended stipulation for the use of Cash Collateral. Send email to client informing the terms of the new stipulation. Receive, review and file Monthly Operating Report for the period of October 2014. | 1.50 | $ 262.50 |
| 12/29/2014 | Send email to Atty. Marini including Cash Flow Budget. | 0.10 | $ 17.50 |
| 12/30/2014 | Receive and review Joint Motion for Entry of Order Extending Stipulation on the Use of Cash Collateral filed by Atty. Marini. | 0.10 | $ 17.50 |
| 1/5/2015 | Receive and review Notice of Appearance and Request for Notice filed by Atty. Carlos Alberto Ruiz on behalf of Rosario Apartments Property and email from counsel regarding the assumption of the lease. | 0.20 | $ 35.00 |
| 1/8/2015 | Analysis of contract between Baños y Pisos, Inc. and Rosario Apartments Property. Send email to Atty. Carlos A. Ruiz in reply to his email on 1/5/15. Receive and review his reply. | 0.40 | $ 70.00 |
| 1/12/2015 | Receive and review: Motion Requesting the Debtors to file Separate Monthly Reports of Operations; Objection to Amendment of Schedule F and Statement of Financial Affair; and Motion Sumitting Documents filed by Atty. Isabel Fullana on behalf of Ceramica Lima. | 0.20 | $ 35.00 |
| | Detail review of the Motion Requesting Debtors to file Separate Monthly Operating Reports. Phone conversation with CPA Luis Cruz to discuss the objections to the consolidated Monthly Operating Reports. | 0.40 | $ 70.00 |
| 1/14/2015 | Receive and review proof of claim #9 filed by BPPR. | 0.10 | $ 17.50 |

*Nilda M. González Cordero*

Attorney - Notary
46 Carazo St. Suite P2B Guaynabo, PR 00970
(787) 721 3437
ngonzalezc@ngclawpr.com

| Date | Description | Hours | Amount |
|---|---|---|---|
| 1/15/2015 | Receive an review Notice of Appearance and Request for Notice filed by Atty. Carla Ferrari Lugo on behalf of Municipio de San Juan. | 0.10 | $ 17.50 |
| 1/21/2015 | Receive, review and file Amended Monthly Operating Report for the period of October 2014. | 0.20 | $ 35.00 |
| 1/22/2015 | Receive and review Motion Submitting Translation of Document filed by Atty. Isabel Fullana. | 0.10 | $ 17.50 |
| 1/27/2015 | Detailed review and analysis of the motions filed by Atty. Fullana on behalf of Ceramica Lima. Write and file Opposition to Motion Requesting the Debtors to file Separate Monthly Reports of Operation; and Opposition to Objection to Amendment of Schedule F and Statement of Financial Affairs. | 0.90 | $ 157.50 |
| 1/29/2015 | Receive and review Orden granting "Joint Motion for Entry of Order Extending Stipulation for Use of Cash Collateral and Order denying Ceramica Lima's Motion Requesting filing of separate Monthly Operating Report. | 0.10 | $ 17.50 |
| 2/3/2015 | Receive and review proof of claim #10 and #11 filed by Municipio de San Juan. | 0.10 | $ 17.50 |
| 2/5/2015 | Receive, review and file Monthly Operating Report for the period of November 2014. Receive and review Order scheduling Hearing on the Objection to Amended Schedule F. | 0.20 | $ 35.00 |
| 2/9/2015 | Receive and review Order to Show Cause, calendarize it. Phone conversation with CPA Luis Cruz to inform him of the Order. | 0.20 | $ 35.00 |
| 2/11/2015 | Write and file Compliance with Order to Show cause and Request For Extention of Time to File Disclosure Statement and Plan. | 0.60 | $ 105.00 |
| 2/12/2015 | Meeting with CPA Luis Cruz to discuss pending patters and strategies for the Disclosure Statement and Plan, send email to corporation's officials regarding lease agreement arrears and other matters. Receive and review Order granting extension of time to file Disclosure Statement and Plan. | 0.80 | $ 140.00 |
| 2/13/2015 | Write and file Notice to Creditors in Chapter 11 Case Scheduled as Disputed, Contingent or Unliquidated. Receive, review and file Monthly Operating Report for the period of December 2014. Receive and review proof of claim #12 and Prood of Claim #13 filed by Rosario Apartments Property. | 0.60 | $ 105.00 |
| 2/17/2015 | Emails to and from CPA Luis Cruz regarding proof of claim #11 file by Municipio de San Juan. | 0.40 | $ 70.00 |
| 2/18/2015 | Analysis of proof of claim #12 & #13 filed by Rosario Apartments Property. Phone conversation with Debtor's accounting employee's to determine the amounts owned to Rosario Apartments. | 0.60 | $ 105.00 |
| 2/24/2015 | Phone conversation with Debtor's accounting employee's regarding payment of municipal licences to the Municipality of Carolina. Send email to her with documentation requested. | 0.40 | $ 70.00 |
| 3/2/2015 | Analisis of the case to determine the adequate protection amounts that may be offered to BPPR. Phone conversation and with Tomas Molina, BPPR official in relation to the same matter. Prepare a liquidation value analisis of the case. | 1.00 | $ 175.00 |
| 3/4/2015 | Meeting with CPA Luis Cruz, Alberto Camayd and Cristina Cacho to discuss the amount of adequate protection to be offered to BPPR and other important issues with the case. | 1.50 | $ 262.50 |
| 3/5/2015 | Receive and review letter from the US Trustee informing delinquency in the payment of quarterly fees. Inform Client. | 0.20 | $ 35.00 |
| 3/6/2015 | Conference call with CPA Luis Cruz, Alberto Camayd, Cristina Cacho to discuss a controversy with Transworld. | 0.50 | $ 87.50 |
| | Post conference phone conversationl with CPA Luis Cruz. | 0.20 | $ 35.00 |
| 3/9/2015 | Meeting with CPA Luis Cruz to analyze of cases to evaluate possible convertion to a Chapter 7 case and different scenarios of possible Chapter 11 Plans. | 2.00 | $ 350.00 |

*Nilda M. González Cordero*
Attorney - Notary
46 Carazo St. Suite P2B Guaynabo, PR 00970
(787) 721 3437
ngonzalezc@ngclawpr.com

| Date | Description | Hours | Amount |
|---|---|---|---|
| | Phone conversation with Atty. Isabel Fullana regarding the hearing schedule for March 11, 2015. Phone conversation with Cristina Cacho to schedule a meeting. Phone conversation CPA Luis Cruz to discuss matters related to substantive of the case with Empresas BT. | 1.50 | $ 262.50 |
| | Write and file Request for Continuance of Hearing schedule for 3/11/2015 at 9:00 a.m. | 0.50 | $ 87.50 |
| | Send email to Atty. Guasp and Atty. Marini from BPPR to discuss use of Cash Collateral matters. Receive, reply and discuss it with CPA Luis Cruz. Receive email from CPA Luis Cruz with an analysis of Cash Budget by store. Phone conversation with him to discuss his emails. | 0.50 | $ 87.50 |
| 3/10/2015 | Receive and review Claim #14 filed by Treasury Department and Order and Notice rescheduling the hearing for May 13, 2015. | 0.10 | $ 17.50 |
| 3/12/2015 | Meeting with CPA Luis Cruz, Alberto Camayd and Cristina Cacho to discuss the Substantive Consolidation alternative for Debtor and Empresas BT. | 0.60 | $ 105.00 |
| 3/16/2015 | Receive and review multiple emails to and from Mr. Tomás Molina of BPPR in follow up of certifications and information previously requested. Various phone conversation with corporations officials to verify the status of BPPR request and reply to Mr. Molina. | 0.40 | $ 70.00 |
| 3/19/2015 | Receive and review Amended Claim #4 filed by IRS. | 0.10 | $ 17.50 |
| | Begin writing first draft of application for substantive consolidation of cases 14-08347 and 14-08349. | 0.50 | $ 87.50 |
| 3/20/2015 | Continue writing application for substantive consolidation. | 0.50 | $ 87.50 |
| 3/24/2015 | Meeting with CPA Luis Cruz in preparation for meeting with BPPR attorneys and officials. Meeting with BPPR attorneys and officials. | 1.00 | $ 175.00 |
| 3/25/2015 | Phone conversation with Alberto Camayd and Cristina Cacho to continue discussing the alternative of closing Debtor's operations. Receive and review emails from CPA Luis Cruz with financial information; phone with him to discuss the results of the conversation with Mr. Camayd and Mrs. Cacho and the emails received. | 0.50 | $ 87.50 |
| 3/26/2015 | Receive and review US Trustee's Motion to Dismiss Pursuant to 11 U.S.C. 1112(b). Phone conversation with CPA Luis Cruz to request status of the Monthly Operating Reports due and phone conversation with Debtor's accounting employees to request status of the quartlerly fees payments. | 0.20 | $ 35.00 |
| 3/27/2015 | Receive, review and file Monthly Operating Report for the period of January and February 2015. Receive and review Order and Notice Setting Hearing Pursuant 11 U.S.C. §1112. | 0.20 | $ 35.00 |
| | Finish writing Request for Substantive Consolidation of cases 14-08347 and 14-08349 and file it with the Court. Write and file Request of Extension of Time to File Disclosure Statement and Plan for Baños & Pisos, Inc. and Empresas BT, Inc. | 2.50 | $ 437.50 |
| 3/31/2015 | Receive and review evidence of payment quaterly fees due. Write and file Reply to Trustee's Motion to Dismiss Pursuant to 11 U.S.C. 1112(b). | 0.50 | $ 87.50 |
| 4/6/2015 | Receive and review emails from Atty. Ruiz Olmo on behalf of BPPR with the draft of the Second Motion for the Extention of the Use of Cash Collatera. | 0.10 | $ 17.50 |
| 4/7/2015 | Detailed review of BPPR's Second Motion for Use of Cash Collateral, discused it CPA Luis Cruz and Debtor's officials . Send email to Atty. Ruiz Olmo informing agreement with the motion. | 0.40 | $ 70.00 |

*Nilda M. González Cordero*

Attorney - Notary
46 Carazo St. Suite P2B Guaynabo, PR 00970
(787) 721 3437
ngonzalezc@ngclawpr.com

| Date | Description | Hours | Amount |
|---|---|---|---|
| 4/8/2015 | Receive and review Objection to Debtor's Post-Petition Intercomany Transfers filed Ceramica Lima and Order granting Debtor's motion requesting an extension of time to file Disclosure Statement and Plan. | 0.10 | $ 17.50 |
| 4/14/2015 | Write and file Motion to Inform and Request that Hearing Scheduled for April 16, 2015 be set aside. Receive and review Opposition to Debtor's Request for Substantive Consolidation of Cases 14-08347 and 14-08349. | 0.50 | $ 87.50 |
| 4/17/2015 | Send email to BPPR attorneys and officials with evidence of the April payment made to BPPR. Phone conversation with Atty. Ruiz Olmo as to BPPR position to the request of substantive consolidation. Phone conversation with CPA Luis Cruz and corporation officials to discuss the withdrawal of the Request for Substantive consolidation. Write and file Motion to Withdraw Request for Substantive Consolidation of Cases 14-08347 and 14-08349. | 0.70 | $ 122.50 |
| 4/20/2015 | Various emails with Attys. Myrna Ruiz Olmo for the coordination of a meeting. | 0.20 | $ 35.00 |
| 4/21/2015 | Receive and review Order granting Debtor's motion to withdraw the Request for Substantive Consolidation of cases 14-08347 and 14-08349. | 0.10 | $ 17.50 |
| 4/28/2015 | Receive and review Order and Notice to Consider Objection to Debtor's Post-Petition Intercompany Transfers filed by Ceramica Lima. Receive and review Notice of Request for Production of Documents filed by Atty. Isabel Fullana on behalf of Ceramica Lima. Send copy of the request of the production of documents to Debtor's officials. | 0.20 | $ 35.00 |
| 4/29/2015 | Receive and review Notice of Appearance and request for notice filed by Maximiliano Trujillo Gonzalez on behalf of Jane Smith Farmer. Receive and review Objection to Amended Schedule F filed by Atty. Maximiliano Trujillo on behalf of Jane Smith Farmer. | 0.20 | $ 35.00 |
| 4/30/2015 | Detailed review of Creditor's Objection to Amended schedule F. Write and file Notice of Amended Schedule F Pursuant to LBR 1009-1 (c)(2). | 0.40 | $ 70.00 |
| 5/5/2015 | Receive and review Order granting Second Motion for Entry of Order Extending Stipulation of Cash Collateral and Adequate Protection Nunc Pro Tunc. | 0.10 | $ 17.50 |
| 5/8/2015 | Detailed review of Objection to Intercompany Transfers filed by Celima, phone conversation with CPA Luis Cruz to discuss the matter and send email to him with Post-Petition Intercompany Transfers. Write and file Opposition to Objection to Amendment of Schedule F and Request for Notices to Creditors and her Counsel for Baños & Pisos, Inc. and Empresas BT, Inc. and Motion for Leave to file Attachment Documents in Spanish. | 0.60 | $ 105.00 |
| 5/11/2015 | Meeting with CPA Luis Cruz to discuss the issue with the intercompany transfer. Write first draft of Reply to Objection to Debtor's Post Petition Intercompany Transfer. Send and receive various emails to and from CPA Luis Cruz with draft of reply and other related matters. | 2.50 | $ 437.50 |
| 5/12/2015 | Final analysis of the reply to the Objection to Intercompany Transfer. Review Amended Monthly Operating Repors from October 2014 to February 2015 prepared by CPA Luis Cruz. File Reply and Amended Monthly Operating Reports. | 1.00 | $ 175.00 |
| | Continue working with the production of documents requested by Celima. Preparation for the hearing schedule for May 13, 2016. | 1.50 | $ 262.50 |
| | Receive and review email sent by Atty. Myrna Ruiz Olmo on follow up on information previously requested. Request status of documents to CPA Luis Cruz; send reply to Atty. Ruiz Olmo. | 0.10 | $ 17.50 |

# *Nilda M. González Cordero*

Attorney - Notary
46 Carazo St. Suite P2B Guaynabo, PR 00970
(787) 721 3437
ngonzalezc@ngclawpr.com

| Date | Description | Hours | Amount |
|---|---|---|---|
| 5/19/2015 | Receive and review Minute Entry. Send email to CPA Luis Cruz with copy of the Minute Entry. Receive and review email sent by US Trustee informing deliquency in payments of quarterly fees. | 0.20 | $ 35.00 |
| 5/26/2015 | Write and file Motion in Compliance with Order. | 0.50 | $ 87.50 |
| 5/27/2015 | Complete the compilation and organization of the documents requested by Celima. | 0.50 | $ 87.50 |
| 5/28/2015 | Various emails with the office of the US Trustee to clarify the amounts owned in quarterly fees. Phone conversations with corporation accounting employees to inform the amount owed and request that the payment be made. | 0.30 | $ 52.50 |
| | Send emails to Atty. Isabel Fullana with documents requested at the production of documents. Write and send Notice of Compliance with Creditor's Request for Production of Documents. | 0.30 | $ 52.50 |
| 6/2/2015 | Receive and review letter from Garcia-Arregui & Fullana, PSC regarding Objections to Production of Documents. | 0.20 | $ 35.00 |
| 6/7/2015 | Meeting with CPA Luis Cruz to analyze the financial alternatives upon consolisation of cases. | 0.50 | $ 87.50 |
| 6/8/2015 | Receive and review email sent by CPA Luis Cruz including a financial analysis consolidation of the cases and a proposed plan for BPPR. Phone conversation with CPA Luis Cruz to discuss the documents sent. | 0.50 | $ 87.50 |
| 6/11/2015 | Conference call with Atty. Myrna Ruizto discuss BPPR's concerns with the consolidation request. | 0.30 | $ 52.50 |
| | Various email from an to Atty. Myrna Ruiz Olmo regarding the request of the Insurance Policies and other matters. | 0.20 | $ 35.00 |
| | Receive and review email sent by the office of Atty. Fullana in follow up of information requested. | 0.10 | $ 17.50 |
| 6/12/2015 | Various conversations with Debtor's officials to discuss status and changes of the lease agreements. | 0.50 | $ 87.50 |
| 6/15/2015 | Receive and review email sent by Atty. Myrna Ruiz Olmo regarding Liquidation Analysis proposed payment to BPPR. | 0.10 | $ 17.50 |
| 6/16/2015 | Receive and review email sent by U. S. Trustee's informing deliquent quarterly fees. Inform Debtor. | 0.10 | $ 17.50 |
| | Phone conversation CPA Luis Cruz to discuss the information included in the emails sent by Atty. Ruiz Olmo. Sent email Atty. Ruiz Olmo in reply to the concerns presented. | 0.40 | $ 70.00 |
| 6/18/2015 | Write letter to Atty. Isabel Fullana in response to her letter dated 5/29/2015 and sent it by email with additional documents. | 0.10 | $ 17.50 |
| | Receive and review email sent by CPA Luis Cruz with the the amended reports requested by BPPR. | 0.10 | $ 17.50 |
| 6/19/2015 | Receive, review and file Amended Monthly Operating Report for the period of March 2015. | 0.20 | $ 35.00 |
| 6/22/2015 | Meeting with CPA Luis Cruz in preparation for Hearing on the Objection of the Amended Schedule F and S.O.F.A. and on the objection of pospetition intercompany transfers. | 1.90 | $ 332.50 |
| | Receive and review letter from Atty. Fullana regarding Objections to Production of Documents. | 0.10 | $ 17.50 |
| 6/23/2015 | Obtain copy of various motions filed in the State Court Proceeding filed by Jane Smith against Debtor. Detail analysis of financial statements and all other documents requested by Atty. Isabell Fullana. Review the request for production of documents and her letters dated 5/29/2015 and 6/22/2015 to determined wihich documents need to sent. Send emails to Atty. Isabel Fullana including copy of financial statements and motions. | 1.50 | $ 262.50 |

## Nilda M. González Cordero
Attorney - Notary
46 Carazo St. Suite P2B Guaynabo, PR 00970
(787) 721 3437
ngonzalezc@ngclawpr.com

| Date | Description | Quantity | Value | Amount |
|---|---|---|---|---|
| 6/24/2015 | Appear to Hearing on Objection of the Amended Schedule F and S.O.F.A. and on the objection of pospetition intercompany transfers. Send emails to Atty. Myrna Ruiz with amended reports for the consolidation of the cases and proposed payments to BPPR and with copy of the insurance policies requested and Payment Certification. | 1.00 | $ | 175.00 |
| 6/25/2015 | Receive and review Minute of Hearing held on 6/23/2015. | 0.30 | $ | 52.50 |
| | Receive and review various emails from Atty. Ruiz Olmo regarding insurance policies and extension for the use of cash collateral. | 0.30 | $ | 52.50 |
| 7/1/2015 | Detailed analysis of the case including including proof of claims, original Motion for Substantive Consolidation, Objection to Substantive Consolidation filed by Atty. Fullana and notes of the conversation held with BPPR. Receive and review email sent by CPA Luis Cruz with a consolidated condensed balance sheet and converse with him regarding the balance sheet. Write and file Amended Request for Substantive Consolidation of Cases 14-08347 and 13-08349. Emails to and from Atty. Ruiz Olmo regarding the extension of the use of cash collateral. | 3.50 | $ | 612.50 |
| 7/2/2015 | Receive, review and file Monthly Operating Report for the period of April 2015. | 0.20 | $ | 35.00 |
| | Receive and review for final approval of Joint Motion for Entry of Order Extending Stipulation on the Use of Cash Collateral. | 0.10 | $ | 17.50 |
| 7/8/2015 | Write and file Compliance with Order dated June 23, 2015. Phone conversation with CPA Luis Cruz related to details in motion. | 1.50 | $ | 262.50 |
| | Receive, review and file Amended Monthly Operating Report for the period of April 2015. Write and file Motion to Inform as to April 2015 Montly Operation Report. | 0.70 | $ | 122.50 |
| 7/12/2015 | Receive and review proof of claim #25 by Jane Smith Farmer. | 0.10 | $ | 17.50 |
| 7/14/2015 | Receive, review and file Monthly Operating Report for the period of May 2015. | 0.20 | $ | 35.00 |
| 7/15/2015 | Receive and review Motions to Inform Intent to Objecto to the Substantive Consolidation filed by BPPR and Celima. | 0.20 | $ | 35.00 |
| 7/21/2015 | Meeting with CPA Luis Cruz to discuss a the alternatives for reorganization of the corporations. Meeting with Debtor's officials and CPA Luis Cruz to discuss with them the possibilities of reorganization and draft and action plan. | 2.00 | $ | 350.00 |
| 7/22/2015 | Receive and review Opposition to Request for Substantive Consolidation filed by Celima. | 0.20 | $ | 35.00 |
| 7/27/2015 | Receive and review Opposition to Request for Substantive Consolidation filed by BPPR. | 0.20 | $ | 35.00 |
| | **Sub Total** | 81.90 | $ | 14,315.00 |

| Date | Description | Quantity | Value | Amount |
|---|---|---|---|---|
| 10/16/2014 | Notify Debtors in Possesion's Application to Administratively Consolidate Cases 14-08347 and 14-08349 Under Federal Bankruptcy Rule 1015 (b). | | | |
| | Papers | 25 | 0.10 | 2.50 |
| | Stamps | 9 | 0.49 | 4.41 |
| | Envelopes | 13 | 0.10 | 1.30 |
| | Paid Mail | 4 | 4.48 | 4.48 |
| | | | | **12.69** |

*Nilda M. González Cordero*

Attorney - Notary
46 Carazo St. Suite P2B Guaynabo, PR 00970
(787) 721 3437
ngonzalezc@ngclawpr.com

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 2/13/2015 | Notify "Notice to Creditors in Chapter 11 Case Scheduled as Disputed, Contingent of Unliquidated". | | | |
| | Papers | 30 | 0.10 | 3.00 |
| | Stamps | 10 | 0.49 | 4.90 |
| | Envelopes | 10 | 0.10 | 1.00 |
| | Paid Mail | 4 | 2.40 | 2.40 |
| | | | | 11.30 |
| 4/12/2015 | Notify "Notice of Amended Schedule F Pursuant to LBR 1009-1 (c)(2)". | | | |
| | Papers | 2 | 0.10 | 0.20 |
| | Stamps | 2 | 0.49 | 0.98 |
| | Envelopes | 2 | 0.10 | 0.20 |
| | | | | 1.38 |
| 7/2/2015 | Notify to Creditors the filing of Amended Request for Substantive Consolidation of Cases 14-08347 MCF and 14-08349 MCF. | | | |
| | Papers | 30 | 0.10 | 3.00 |
| | Stamps | 10 | 0.49 | 4.90 |
| | Envelopes | 10 | 0.10 | 1.00 |
| | Paid Mail | 4 | 2.40 | 2.40 |
| | | | $ | 11.30 |
| | | | $ | 36.67 |

| | | |
|---|---|---|
| **Sub Total** | $ | 14,351.67 |
| **Retainer** | $ | 7,500.00 |
| **TOTAL** | $ | 6,851.67 |