# UNITED STATES BANKRUPTCY COURT
## _____ DISTRICT OF PUERTO RICO
## _____ DIVISION

| | |
|---|---|
| IN RE: } | CASE NUMBER: 14-08347-MCF11 |
| **BAÑOS Y PISOS, INC.** } | |
| } | |
| } | JUDGE |
| } | |
| DEBTOR. } | CHAPTER 11 |

### DEBTOR'S POST-CONFIRMATION QUARTERLY OPERATING REPORT FOR THE PERIOD

FROM **07/01/16** TO **09/30/16**

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: **October 27, 2016**                               *s/Nilda M González Cordero, Esq*
                                                                                          Attorney for Debtor

| Debtor's Address and Phone Number: | Attorney's Address and Phone Number: |
|---|---|
| **BAÑOS Y PISOS, INC.** | **Santos & Gonzalez LLC** |
| **PO Box 1253** | **PO Box 9102** |
| **Ceiba, PR 00735-1253** | **Humacao PR 00791** |
| Tel. (787) 885-7509 | Tel. **(787) 721-3437** |

Note: The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website:   http:// www.usdoj.gov/ust/r21/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

**MONTHLY OPERATING REPORT -**                                                  **ATTACHMENT NO. 1**
**POST CONFIRMATION**

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | √ |
| 2. Are any post-confirmation sales or payroll taxes past due? | | √ |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | √ |
| 4. Is the Debtor current on all post-confirmation plan payments? | √ | |
| | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | √ | |
| 2. Are all premium payments current? | √ | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY    and    CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

**Estimated Date of Filing the Application for Final Decree:** _____

*I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.*

This __27__ day of __October__ 20__16.__

                                                       *s/Alberto Camayd*
                                                       Debtor's Signature

**QUATERLY OPERATING REPORT -**  
**POST CONFIRMATION**

**ATTACHMENT NO. 2**

# CHAPTER 11 POST-CONFIRMATION
# SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| Case Name: | BAÑOS Y PISOS, INC. |
| Case Number: | 14-08347-MCF11 |
| Date of Plan Confirmation: | 06/02/2016 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | | Quarterly | Post Confirmation Total |
|---|---|---|---:|---:|
| 1. | **CASH (Beginning of Period)** | $ | 12,171.19 | 12,171.19 |
| 2. | **INCOME or RECEIPTS during the Period** | $ | 96,420.39 | $ 96,420.39 |
| 3. | **DISBURSEMENTS** | | | |
| a. | **Operating Expenses (Fees/Taxes):** | | | |
| (i) | U.S. Trustee Quarterly Fees | $ | 0.00 | $ 0.00 |
| (ii) | Federal Taxes | | 934.17 | 934.17 |
| (iii) | State Taxes | | 2,097.08 | 2,097.08 |
| (iv) | Other Taxes | | 14.28 | 14.28 |
| b. | **All Other Operating Expenses:** | $ | 57,371.73 | $ 57,371.73 |
| c. | **Plan Payments:** | | | |
| (i) | Administrative Claims | $ | 18,251.47 | $ 18,251.47 |
| (ii) | Secured | | 14,416.97 | 14,416.97 |
| (iii) | Priority | | 2,270.55 | 2,270.55 |
| (iv) | Unsecured | | 6,250.02 | 6,250.02 |
| (v) | | | none | none |
| (vi) | | | none | none |
| (vii) | | | none | none |
| (vii) | | | none | none |
| (ix) | | | none | none |
| | (Attach additional pages as needed) | | | |
| | **Total Disbursements (Operating & Plan)** | $ | 101,606.27 | $ 101,606.27 |
| 1. | **CASH (End of Period)** | $ | 6,985.31 | $ 6,985.31 |

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 3**

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS

**Prepare Reconcilation for each Month of the Quarter**

**July 31, 2016**

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| **Name of Bank:** | BPPR | First Bank | First Bank | First Bank |
| **Account Number:** | 048-258164 | 1609204113 | 1609204124 | 1609204135 |
| **Purpose of Account (Operating/Payroll/Tax)** | Operating | Operating | Payroll | Taxes |
| **Type of Account (e.g. checking)** | Checking | Checking | Checking | Checking |
| | | | | |
| 1. **Balance per Bank Statement** | 10,134.09 | 7,959.70 | 189.21 | 74.27 |
| 2. **ADD**: Deposits not credited | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. **SUBTRACT**: Outstanding Checks | 0.00 | -15,081.33 | 0.00 | -119.68 |
| 4. Other Reconciling Items | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. **Month End Balance** (Must Agree with Books) | 10,134.09 | -7,121.63 | 189.21 | -45.41 |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| *NONE* | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

**MONTHLY OPERATING REPORT - POST CONFIRMATION**　　　　　　　　　　　　　　　**ATTACHMENT NO. 3**

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS

**Prepare Reconciliation for each Month of the Quarter**

**August 31, 2016**

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| **Name of Bank:** | BPPR | First Bank | First Bank | First Bank |
| **Account Number:** | 048-258164 | 1609204113 | 1609204124 | 1609204135 |
| **Purpose of Account (Operating/Payroll/Tax)** | Operating | Operating | Payroll | Taxes |
| **Type of Account (e.g. checking)** | Checking | Checking | Checking | Checking |
| | | | | |
| 1. **Balance per Bank Statement** | 10,440.76 | 8,040.80 | 36.01 | 263.69 |
| 2. **ADD**: Deposits not credited | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. **SUBTRACT**: Outstanding Checks | 0.00 | -11,009.11 | 0.00 | 0.00 |
| 4. Other Reconciling Items | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. **Month End Balance** (Must Agree with Books) | 10,440.76 | -2,968.31 | 36.01 | 263.69 |

**Note:** Attach copy of each bank statement and bank reconciliation.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| *NONE* | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note:** Attach copy of each investment account statement.

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 3**

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS

**Prepare Reconcilation for each Month of the Quarter**

**September 30, 2016**

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | BPPR | First Bank | First Bank | First Bank |
| Account Number: | 048-258164 | 1609204113 | 1609204124 | 1609204135 |
| Purpose of Account (Operating/Payroll/Tax) | Operating | Operating | Payroll | Taxes |
| Type of Account (e.g. checking) | Checking | Checking | Checking | Checking |
| | | | | |
| 1. **Balance per Bank Statement** | 6,410.45 | 6,737.39 | 311.63 | 273.95 |
| 2. **ADD**: Deposits not credited | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. **SUBTRACT**: Outstanding Checks | 0.00 | -6,483.70 | -264.41 | 0.00 |
| 4. Other Reconciling Items | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. **Month End Balance** (Must Agree with Books) | 6,410.45 | 253.69 | 47.22 | 273.95 |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| *NONE* | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

**BAÑOS Y PISOS, INC.**
Check register
July through September 2016

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---:|
| **11000 · BPPR 258164 (B&P-11000)** | | | | | |
| Check | 07/12/2016 | DM | Banco Popular de P.R. | Secured (Cl 6-1) | -2,448.35 |
| Check | 07/12/2016 | DM | Banco Popular de P.R. | Secured (Cl 6-1) | -2,244.98 |
| Check | 08/12/2016 | DM | Banco Popular de P.R. | Secured (Cl 6-1) | -2,448.35 |
| Check | 08/12/2016 | DM | Banco Popular de P.R. | Secured (Cl 6-1) | -2,244.98 |
| Check | 09/12/2016 | DM | Banco Popular de P.R. | Secured (Cl 6-1) | -2,244.98 |
| Check | 09/12/2016 | DM | Banco Popular de P.R. | Secured (Cl 6-1) | -2,785.33 |
| Total 11000 · BPPR 258164 (B&P-11000) | | | | | -14,416.97 |
| **11260 · Firstbank (4113) (B&P 11260)** | | | | | |
| Check | 07/01/2016 | 3180 | LCDA NILDA M GONZALEZ | Administrative (Legal) | -6,851.67 |
| Check | 07/01/2016 | 3179 | LUIS CRUZ CPA | Administrative (accountant) | -11,399.80 |
| Check | 07/01/2016 | 3181 | VOID | VOID | 0.00 |
| Check | 07/01/2016 | 3182 | PR Dept of Treasury | Priority (Cl 14-1) | -10.88 |
| Check | 07/01/2016 | 3183 | CRIM | Priority (Cl 3-1) | -427.27 |
| Check | 07/01/2016 | 3184 | VOID | VOID | 0.00 |
| Check | 07/01/2016 | 3185 | Municipio de Carolina | Priority | -53.69 |
| Check | 07/01/2016 | 3186 | Municipio San Juan | Priority (Cl 10-1) | -20.42 |
| Check | 07/01/2016 | 3187 | Municipio San Juan | Priority (Cl 11-1) | -166.15 |
| Check | 07/01/2016 | 3188 | Internal Revenue Service | Priority (Cl 4-2) | -78.44 |
| Check | 07/01/2016 | 3190 | MAPEI Corporation | Unsecured (Class 3) | -40.97 |
| Check | 07/01/2016 | 3191 | Azulerera La Plana | Unsecured (Class 3) | -115.41 |
| Check | 07/01/2016 | 3296 | Ceramica Lima S.A. | Unsecured (Class 3) (Sub #3192) | -1,100.78 |
| Check | 07/01/2016 | 3193 | VOID | VOID | 0.00 |
| Check | 07/01/2016 | 3194 | Cesar Ramirez | Unsecured (Class 3) | -4.02 |
| Check | 07/01/2016 | 3195 | Dosem Ceramiche SRL | Unsecured (Class 3) | -53.11 |
| Check | 07/01/2016 | 3196 | Tile International Corp | Unsecured (Cl 7-1) | -49.18 |
| Check | 07/01/2016 | 3197 | Master Products | Unsecured (Cl 8-1) | -134.77 |
| Check | 07/01/2016 | 3198 | Banco Popular de PR - Special... | Unsecured (Cl 9-1) | -135.63 |
| Check | 07/01/2016 | 3199 | VOID | VOID | 0.00 |
| Check | 07/01/2016 | 3200 | VOID | VOID | 0.00 |
| Check | 07/01/2016 | 3201 | Sintesi Ceramica Italia | Unsecured (Class 3) | -44.92 |
| Check | 07/01/2016 | 3202 | Municipio San Juan | Unsecured (Cl 11-1) | -11.62 |
| Check | 07/01/2016 | 3203 | Municipio San Juan | Unsecured (Cl 10-1) | -2.56 |
| Check | 07/01/2016 | 3204 | Rosario Apartments | Unsecured (Cl 12-1) | -45.03 |
| Check | 07/01/2016 | 3205 | Rosario Apartments | Unsecured (Cl 13-1) | -23.32 |
| Check | 07/01/2016 | 3206 | Internal Revenue Service | Unsecured (Cl 4-2) | -9.76 |
| Check | 07/01/2016 | 3207 | CRIM | Unsecured (Cl 3-1) | -198.14 |
| Check | 07/01/2016 | 3208 | PR Dept of Treasury | Unsecured (Cl 14-1) | -1.08 |
| Check | 07/01/2016 | 3209 | Autoridad Energia Electrica | Unsecured (Cl 5-1) | -113.04 |
| Check | 07/01/2016 | 3211 | Maderas Alfa | Inventory purchases | -869.61 |
| Check | 07/01/2016 | 3157 | TILE INTERNATIONAL,CORP. | Inventory purchases | -1,242.92 |
| Check | 07/01/2016 | 3158 | TILE INTERNATIONAL,CORP. | Inventory purchases | -1,326.47 |
| Check | 07/01/2016 | 3159 | TILE INTERNATIONAL,CORP. | Inventory purchases | -1,000.00 |
| Check | 07/01/2016 | 3160 | TILE INTERNATIONAL,CORP. | Inventory purchases | -1,193.11 |
| Check | 07/01/2016 | 3161 | TILE INTERNATIONAL,CORP. | Inventory purchases | -1,000.00 |
| Check | 07/01/2016 | 3200 | VOID | VOID | 0.00 |
| Check | 07/01/2016 | 3199 | VOID | VOID | 0.00 |
| Check | 07/01/2016 | 3193 | VOID | VOID | 0.00 |
| Check | 07/01/2016 | 3183 | VOID | VOID | 0.00 |
| Check | 07/01/2016 | 3181 | VOID | VOID | 0.00 |
| Check | 07/01/2016 | 3189 | VOID | VOID | 0.00 |
| Check | 07/01/2016 | 3192 | VOID | VOID | 0.00 |
| Check | 07/04/2016 | 3212 | AFLAC | Insurance | -42.35 |
| Check | 07/05/2016 | 3214 | DANTZLER PR | Inventory purchases | -1,000.00 |
| Check | 07/05/2016 | 3215 | DANTZLER PR | Inventory purchases | -1,031.22 |
| Check | 07/05/2016 | 3216 | DANTZLER PR | Inventory purchases | -710.92 |
| Check | 07/05/2016 | 3217 | DANTZLER PR | Inventory purchases | -710.93 |

**BAÑOS Y PISOS, INC.**
**Check register**
**July through September 2016**

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---:|
| Check | 07/05/2016 | 3218 | DANTZLER PR | Inventory purchases | -1,104.45 |
| Check | 07/05/2016 | 3219 | DANTZLER PR | Inventory purchases | -299.46 |
| Check | 07/05/2016 | 3213 | TG CHROME & TRUCK ACCES… | Rent | -2,500.00 |
| Check | 07/06/2016 | 3220 | MICHAEL ALAMO | Services | -400.00 |
| Check | 07/06/2016 | DM | AMERICAN EXPRESS COLLECT… | Charge Back | -15.00 |
| Check | 07/06/2016 | DM | AMERICAN EXPRESS COLLECT… | Charge Back | -15.00 |
| Check | 07/06/2016 | DM | AAA | Utility | -606.23 |
| Check | 07/07/2016 | 3221 | Cash | Supplies | -202.00 |
| Check | 07/11/2016 | 3222 | PROGRESSIVE FINANCE & INV… | Insurance | -569.73 |
| Check | 07/13/2016 | 3225 | HECTOR SANCHEZ | Repairs | -300.00 |
| Check | 07/13/2016 | 3229 | Maderas Alfa | Inventory purchases | -119.34 |
| Check | 07/13/2016 | 3223 | VOID | VOID | 0.00 |
| Check | 07/13/2016 | 3224 | VOID | VOID | 0.00 |
| Check | 07/13/2016 | 3169 | VOID | VOID | 0.00 |
| Check | 07/13/2016 | DM | Aut.Energia Electrica | Utility | -1,704.62 |
| Check | 07/13/2016 | DM | Worldnet Telecommunications | Telephone | -223.26 |
| Check | 07/13/2016 | DM | Worldnet Telecommunications | Telephone | -85.05 |
| Check | 07/14/2016 | 3228 | Caja Chica | Petty reimbursement | -190.00 |
| Check | 07/14/2016 | 3237 | Cash | Petty reimbursement | -198.00 |
| Check | 07/14/2016 | 3226 | HERIBERTO VELAZQUEZ | Services | -450.00 |
| Check | 07/14/2016 | 3227 | Jose L. Flatbed | Freight | -75.00 |
| Check | 07/14/2016 | 3170 | VOID | VOID | 0.00 |
| Check | 07/19/2016 | 3232 | Cash | Petty reimbursement | -270.90 |
| Check | 07/19/2016 | 3230 | DANTZLER PR | Inventory purchases | -24.13 |
| Check | 07/19/2016 | 3231 | Jose L. Flatbed | Freight | -50.00 |
| Check | 07/19/2016 | 3233 | Maderas Alfa | Inventory purchases | -91.16 |
| Check | 07/19/2016 | DM | CASH MANAGEMENT FEE | Bank fee | -143.80 |
| Check | 07/19/2016 | DM | AAA | Utility | -87.87 |
| Check | 07/20/2016 | 3235 | Cash | Petty reimbursement | -80.00 |
| Check | 07/20/2016 | 3234 | Maderas Alfa | Inventory purchases | -406.20 |
| Check | 07/21/2016 | 3236 | INSTITUCION NUEVO HORIZO… | | -531.22 |
| Check | 07/21/2016 | 3238 | TRANSWORLD IMPORTS INC | Inventory purchases | -588.72 |
| Check | 07/27/2016 | 3239 | Cash | Petty reimbursement | -56.73 |
| Check | 07/27/2016 | 3240 | DANTZLER PR | Inventory purchases | -196.24 |
| Check | 07/27/2016 | 3241 | Maderas Alfa | Inventory purchases | -137.24 |
| Check | 07/28/2016 | 3242 | Maderas Alfa | Inventory purchases | -375.76 |
| Check | 07/28/2016 | 3245 | VOID | VOID | 0.00 |
| Check | 07/28/2016 | 3246 | VOID | VOID | 0.00 |
| Check | 07/29/2016 | DM | EOMFEE | BANK FEE | -127.21 |
| Check | 07/31/2016 | | | Service Charge | -2.79 |
| Check | 08/01/2016 | 3271 | PR Dept of Treasury | Unsecured (Cl 14-1) | -1.08 |
| Check | 08/01/2016 | 3270 | CRIM | Unsecured (Cl 3-1) | -198.14 |
| Check | 08/01/2016 | 3269 | Internal Revenue Service | Unsecured (Cl 4-2) | -9.76 |
| Check | 08/01/2016 | 3248 | PR Dept of Treasury | Priority (Cl 14-1) | -10.88 |
| Check | 08/01/2016 | 3249 | CRIM | Priority (Cl 3-1) | -427.27 |
| Check | 08/01/2016 | 3250 | Municipio de Carolina | Priority | -53.69 |
| Check | 08/01/2016 | 3266 | Municipio San Juan | Unsecured (Cl 10-1) | -2.56 |
| Check | 08/01/2016 | 3251 | Municipio San Juan | Priority (Cl 10-1) | -20.42 |
| Check | 08/01/2016 | 3252 | Municipio San Juan | Priority (Cl 11-1) | -166.15 |
| Check | 08/01/2016 | 3253 | Internal Revenue Service | Priority (Cl 4-2) | -78.44 |
| Check | 08/01/2016 | 3255 | Autoridad Energia Electrica | Unsecured (Cl 5-1) | -113.04 |
| Check | 08/01/2016 | 3256 | MAPEI Corporation | Unsecured (Class 3) | -40.97 |
| Check | 08/01/2016 | 3257 | Azulerera La Plana | Unsecured (Class 3) | -115.41 |
| Check | 08/01/2016 | 3258 | Ceramica Lima S.A. | Unsecured (Class 3) | -1,100.78 |
| Check | 08/01/2016 | 3259 | Cesar Ramirez | Unsecured (Class 3) | -4.02 |
| Check | 08/01/2016 | 3260 | Dosem Ceramiche SRL | Unsecured (Class 3) | -53.11 |
| Check | 08/01/2016 | 3261 | Tile International Corp | Unsecured (Cl 7-1) | -49.18 |
| Check | 08/01/2016 | 3262 | Master Products | Unsecured (Cl 8-1) | -134.77 |

**BAÑOS Y PISOS, INC.**
**Check register**
**July through September 2016**

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---:|
| Check | 08/01/2016 | 3263 | Banco Popular de PR - Special… | Unsecured (Cl 9-1) | -135.63 |
| Check | 08/01/2016 | 3264 | Sintesi Ceramica Italia | Unsecured (Class 3) | -44.92 |
| Check | 08/01/2016 | 3265 | Municipio San Juan | Unsecured (Cl 11-1) | -11.62 |
| Check | 08/01/2016 | 3268 | Rosario Apartments | Unsecured (Cl 13-1) | -23.32 |
| Check | 08/01/2016 | 3267 | Rosario Apartments | Unsecured (Cl 12-1) | -45.03 |
| Check | 08/02/2016 | 3273 | Cash | Petty reimbursement | -310.00 |
| Check | 08/03/2016 | 3244 | Cash | Petty reimbursement | -192.00 |
| Check | 08/03/2016 | 3274 | Maderas Alfa | Inventory purchases | -115.48 |
| Check | 08/03/2016 | 3276 | Maderas Alfa | Inventory purchases | -263.65 |
| Check | 08/04/2016 | 3141 | AFLAC | Insurance | -33.88 |
| Check | 08/04/2016 | 3277 | TG CHROME & TRUCK ACCES… | Rent | -2,500.00 |
| Check | 08/04/2016 | 3254 | VOID | VOID | 0.00 |
| Check | 08/04/2016 | 3272 | VOID | VOID | 0.00 |
| Check | 08/04/2016 | 3716 | VOID | VOID | 0.00 |
| Check | 08/04/2016 | 3697 | VOID | VOID | 0.00 |
| Check | 08/04/2016 | 3243 | VOID | VOID | 0.00 |
| Check | 08/05/2016 | 3280 | Cash | Petty reimbursement | -219.00 |
| Check | 08/05/2016 | DM | AMERICAN EXPRESS COLLECT… | Charge Back | -15.00 |
| Check | 08/05/2016 | DM | AMERICAN EXPRESS COLLECT… | Charge Back | -15.00 |
| Check | 08/08/2016 | DM | Aut.Energia Electrica | Utility | -492.09 |
| Check | 08/09/2016 | 3279 | Cash | Petty reimbursement | -90.00 |
| Check | 08/10/2016 | 3282 | Maderas Alfa | Inventory purchases | -142.88 |
| Check | 08/10/2016 | 3281 | MAPFRE | Inventory purchases | -400.00 |
| Check | 08/10/2016 | 3283 | PROGRESSIVE FINANCE & INV… | Insurance | -569.73 |
| Check | 08/10/2016 | DM | AAA | Utility | -619.76 |
| Check | 08/11/2016 | 3289 | Maderas Alfa | Inventory purchases | -49.73 |
| Check | 08/11/2016 | 3284 | TILE INTERNATIONAL,CORP. | Inventory purchases | -906.31 |
| Check | 08/11/2016 | 3285 | TILE INTERNATIONAL,CORP. | Inventory purchases | -880.33 |
| Check | 08/11/2016 | 3287 | TILE INTERNATIONAL,CORP. | Inventory purchases | -884.55 |
| Check | 08/11/2016 | 3286 | VOID | VOID | 0.00 |
| Check | 08/11/2016 | 3288 | VOID | VOID | 0.00 |
| Check | 08/11/2016 | DM | Worldnet Telecommunications | Telephone | -138.27 |
| Check | 08/12/2016 | 3298 | Cash | Petty reimbursement | -218.00 |
| Check | 08/16/2016 | 3290 | COUGAR PLASTIC | Inventory purchases | -125.69 |
| Check | 08/16/2016 | 3291 | Maderas Alfa | Inventory purchases | -297.36 |
| Check | 08/16/2016 | DM | CASH MANAGEMENT FEE | Bank fee | -138.56 |
| Check | 08/17/2016 | 3293 | Cash | Petty reimbursement | -90.00 |
| Check | 08/17/2016 | 3292 | TILE INTERNATIONAL,CORP. | Inventory purchases | -484.97 |
| Check | 08/17/2016 | DM | Worldnet Telecommunications | Telephone | -84.45 |
| Check | 08/18/2016 | 3294 | Maderas Alfa | Inventory purchases | -892.07 |
| Check | 08/20/2016 | 3295 | Cash | Petty reimbursement | -227.00 |
| Check | 08/22/2016 | 3297 | TG CHROME & TRUCK ACCES… | Rent | -2,500.00 |
| Check | 08/24/2016 | 3301 | PROGRESSIVE FINANCE & INV… | Insurance | -584.73 |
| Check | 08/25/2016 | 3300 | Cash | Petty reimbursement | -170.37 |
| Check | 08/26/2016 | 3299 | Cash | Petty reimbursement | -216.00 |
| Check | 08/30/2016 | 3304 | Cash | Petty reimbursement | -173.84 |
| Check | 08/30/2016 | 3306 | Cash | Petty reimbursement | -259.86 |
| Check | 08/30/2016 | 3305 | Maderas Alfa | Inventory purchases | -68.62 |
| Check | 08/31/2016 | 3307 | Cash | Petty reimbursement | -98.96 |
| Check | 08/31/2016 | DM | EOMFEE | BANK FEE | -145.39 |
| Check | 08/31/2016 | | | Service Charge | -24.54 |
| Check | 09/01/2016 | 3309 | PR Dept of Treasury | Priority (Cl 14-1) | -10.88 |
| Check | 09/01/2016 | 3310 | CRIM | Priority (Cl 3-1) | -427.27 |
| Check | 09/01/2016 | 3311 | Municipio de Carolina | Priority | -53.69 |
| Check | 09/01/2016 | 3312 | Municipio San Juan | Priority Cl 10-1 | -20.42 |
| Check | 09/01/2016 | 3313 | Municipio San Juan | Priority Cl 11-1 | -166.15 |
| Check | 09/01/2016 | 3314 | Internal Revenue Service | Priority (Cl 4-2) | -78.44 |
| Check | 09/01/2016 | 3315 | Autoridad Energia Electrica | Unsecured (Cl 5-1) | -113.04 |

**BAÑOS Y PISOS, INC.**
Check register
July through September 2016

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---:|
| Check | 09/01/2016 | 3316 | MAPEI Corporation | Unsecured (Class 3) | -40.97 |
| Check | 09/01/2016 | 3317 | Azulerera La Plana | Unsecured (Class 3) | -115.41 |
| Check | 09/01/2016 | 3319 | Ceramica Lima S.A. | Unsecured (Class 3) | -1,100.78 |
| Check | 09/01/2016 | 3320 | Cesar Ramirez | Unsecured (Class 3) | -4.02 |
| Check | 09/01/2016 | 3321 | Dosem Ceramiche SRL | Unsecured (Class 3) | -53.11 |
| Check | 09/01/2016 | 3322 | Tile International Corp | Unsecured (Cl 7-1) | -49.18 |
| Check | 09/01/2016 | 3323 | Master Products | Unsecured (Cl 8-1) | -134.77 |
| Check | 09/01/2016 | 3324 | Banco Popular de PR - Special... | Unsecured (Cl 9-1) | -135.63 |
| Check | 09/01/2016 | 3325 | Sintesi Ceramica Italia | Unsecured (Class 3) | -44.92 |
| Check | 09/01/2016 | 3326 | Municipio San Juan | Unsecured (Cl 11-1) | -11.62 |
| Check | 09/01/2016 | 3327 | Municipio San Juan | Unsecured (Cl 10-1) | -2.56 |
| Check | 09/01/2016 | 3328 | Rosario Apartments | Unsecured (Cl 12-1) | -45.03 |
| Check | 09/01/2016 | 3329 | Rosario Apartments | Unsecured (Cl 13-1) | -23.32 |
| Check | 09/01/2016 | 3330 | Internal Revenue Service | Unsecured (Cl 4-2) | -9.76 |
| Check | 09/01/2016 | 3331 | CRIM | Unsecured (Cl 3-1) | -198.14 |
| Check | 09/01/2016 | 3332 | PR Dept of Treasury | Unsecured (Cl 14-1) | -1.08 |
| Check | 09/01/2016 | 3308 | VOID | VOID | 0.00 |
| Check | 09/01/2016 | 3318 | VOID | VOID | 0.00 |
| Check | 09/01/2016 | 3333 | DANTZLER PR | Inventory purchases | -882.06 |
| Check | 09/01/2016 | 3334 | DANTZLER PR | Inventory purchases | -893.40 |
| Check | 09/01/2016 | 3339 | Maderas Alfa | Inventory purchases | -619.24 |
| Check | 09/01/2016 | 3336 | TILE INTERNATIONAL,CORP. | Inventory purchases | -954.76 |
| Check | 09/01/2016 | 3302 | TILE INTERNATIONAL,CORP. | Inventory purchases | -1,130.50 |
| Check | 09/01/2016 | 3303 | TILE INTERNATIONAL,CORP. | Inventory purchases | -1,216.40 |
| Check | 09/01/2016 | 3308 | VOID | VOID | 0.00 |
| Check | 09/01/2016 | 3335 | VOID | VOID | 0.00 |
| Check | 09/01/2016 | 3337 | VOID | VOID | 0.00 |
| Check | 09/01/2016 | 3338 | VOID | VOID | 0.00 |
| Check | 09/02/2016 | 3340 | Cash | Petty reimbursement | -209.00 |
| Check | 09/06/2016 | 3342 | Domingo Rosario | Repairs | -290.00 |
| Check | 09/06/2016 | DM | AMERICAN EXPRESS COLLECT... | Charge Back | -15.00 |
| Check | 09/06/2016 | DM | AMERICAN EXPRESS COLLECT... | Charge Back | -15.00 |
| Check | 09/07/2016 | 3345 | DANTZLER PR | Inventory purchases | -191.16 |
| Check | 09/07/2016 | 3343 | MAPFRE | Inventory purchases | -400.00 |
| Check | 09/07/2016 | 3344 | PROGRESSIVE FINANCE & INV... | Insurance | -569.73 |
| Check | 09/08/2016 | 3346 | Maderas Alfa | Inventory purchases | -219.78 |
| Check | 09/08/2016 | DM | AAA | Utility | -29.29 |
| Check | 09/12/2016 | 3347 | Cash | Petty reimbursement | -386.75 |
| Check | 09/13/2016 | 3341 | Cash | Petty reimbursement | -228.00 |
| Check | 09/13/2016 | DM | BANOS Y PISOS, INC. | Inventory purchases | -464.40 |
| Check | 09/14/2016 | 3348 | Maderas Alfa | Inventory purchases | -160.11 |
| Check | 09/14/2016 | 3352 | VOID | VOID | 0.00 |
| Check | 09/14/2016 | DM | Aut.Energia Electrica | Utility | -505.60 |
| Check | 09/14/2016 | DM | Aut.Energia Electrica | Utility | -480.85 |
| Check | 09/15/2016 | 3351 | AFLAC | Insurance | -33.88 |
| Check | 09/19/2016 | 3354 | BANOS Y PISOS, INC. | Inventory purchases | -1,000.00 |
| Check | 09/19/2016 | 3954 | LOSAS DEL CARIBE | Inventory purchases | -303.19 |
| Check | 09/20/2016 | 3350 | Cash | | -221.00 |
| Check | 09/20/2016 | 3353 | VOID | VOID | 0.00 |
| Check | 09/21/2016 | DM | Aut.Energia Electrica | Utility | -1,684.33 |
| Check | 09/23/2016 | 3355 | Cash | Petty reimbursement | -220.00 |
| Check | 09/23/2016 | DM | Transfer | Transfer | -2,200.00 |
| Check | 09/23/2016 | DM | Transfer | Transfer | -500.00 |
| Check | 09/27/2016 | 3356 | Cash | Petty reimbursement | -277.50 |
| Check | 09/27/2016 | DM | CASH MANAGEMENT FEE | Bank fee | -129.28 |
| Check | 09/27/2016 | DM | AAA | Utility | -659.24 |
| Check | 09/29/2016 | 3358 | Maderas Alfa | Inventory purchases | -94.04 |
| Check | 09/29/2016 | 3357 | VOID | VOID | 0.00 |

**BAÑOS Y PISOS, INC.**
Check register
July through September 2016

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| Check | 09/30/2016 | 3359 | Cash | Petty reimbursement | -210.00 |
| Check | 09/30/2016 | DM | EOMFEE | BANK FEE | -185.58 |
| Check | 09/30/2016 | DM | Worldnet Telecommunications | Telephone | -84.45 |
| Check | 09/30/2016 | | | Service Charge | -2.78 |
| | Total 11260 · Firstbank (4113) (B&P 11260) | | | | -82,431.05 |
| **11270 · Firstbank (4124 (B&P 11270)** | | | | | |
| Check | 07/05/2016 | 2594 | ERIC E. VELAZQUEZ VILLEGAS | Net Salary | -263.51 |
| Check | 07/12/2016 | 2595 | ERIC E. VELAZQUEZ VILLEGAS | Net Salary | -263.51 |
| Check | 07/19/2016 | 2596 | ERIC E. VELAZQUEZ VILLEGAS | Net Salary | -263.51 |
| Check | 07/26/2016 | 2597 | ERIC E. VELAZQUEZ VILLEGAS | Net Salary | -264.41 |
| Check | 07/31/2016 | | | Service Charge | -11.15 |
| Check | 08/02/2016 | 2599 | ERIC E. VELAZQUEZ VILLEGAS | Net Salary | -264.41 |
| Check | 08/09/2016 | 2601 | ERIC E. VELAZQUEZ VILLEGAS | Net Salary | -264.41 |
| Check | 08/09/2016 | 2600 | VOID | VOID | 0.00 |
| Check | 08/16/2016 | 2602 | ERIC E. VELAZQUEZ VILLEGAS | Net Salary | -264.41 |
| Check | 08/23/2016 | 2603 | ERIC E. VELAZQUEZ VILLEGAS | Net Salary | -264.41 |
| Check | 08/30/2016 | 2604 | ERIC E. VELAZQUEZ VILLEGAS | Net Salary | -264.41 |
| Check | 08/31/2016 | | | Service Charge | -11.15 |
| Check | 09/06/2016 | 2605 | ERIC E. VELAZQUEZ VILLEGAS | Net Salary | -264.41 |
| Check | 09/13/2016 | 2606 | ERIC E. VELAZQUEZ VILLEGAS | Net Salary | -264.41 |
| Check | 09/20/2016 | 2607 | ERIC E. VELAZQUEZ VILLEGAS | Net Salary | -264.41 |
| Check | 09/27/2016 | 2610 | ERIC E. VELAZQUEZ VILLEGAS | Net Salary | -264.41 |
| Check | 09/27/2016 | 2609 | VOID | VOID | 0.00 |
| Check | 09/27/2016 | 2608 | VOID | VOID | 0.00 |
| Check | 09/30/2016 | | | Service Charge | -11.15 |
| | Total 11270 · Firstbank (4124) (B&P 11270) | | | | -3,468.08 |
| **11280 · Firstbank (4135) (B&P 11280)** | | | | | |
| Check | 07/20/2016 | DM | US Treasury | FICA pmnt | -229.50 |
| Check | 07/20/2016 | DM | Secretario De Hacienda | TAX | -8.34 |
| Check | 07/21/2016 | DM | Secretario De Hacienda | Sales tax | -674.00 |
| Check | 07/21/2016 | DM | COFIN | Municipal IVU | -135.37 |
| Check | 07/28/2016 | 2028 | COSVI | SDI insurance | -14.28 |
| Check | 07/28/2016 | 2027 | Secretario De Hacienda | Suta | -105.40 |
| Check | 07/28/2016 | 3247 | VOID | VOID | 0.00 |
| Check | 07/28/2016 | 2026 | VOID | VOID | 0.00 |
| Check | 07/29/2016 | DM | US Treasury | FICA pmnt | -245.70 |
| Check | 07/31/2016 | | | Service Charge | -11.15 |
| Check | 08/16/2016 | DM | Secretario De Hacienda | TAX | -16.68 |
| Check | 08/22/2016 | DM | Secretario De Hacienda | SALES | -683.00 |
| Check | 08/22/2016 | DM | COFIN | Municipal IVU | -110.07 |
| Check | 08/31/2016 | | | Service Charge | -11.15 |
| Check | 09/15/2016 | DM | Secretario De Hacienda | TAX | -20.85 |
| Check | 09/22/2016 | DM | Secretario De Hacienda | SALES TAX | -358.00 |
| Check | 09/22/2016 | DM | COFIN | Municipal IVU | -136.64 |
| Check | 09/30/2016 | DM | US Treasury | FICA pmnt | -229.50 |
| Check | 09/30/2016 | DM | US Treasury | FICA pmnt | -183.60 |
| Check | 09/30/2016 | | | Service Charge | -11.15 |
| | Total 11280 · Firstbank (4135) (B&P 11280) | | | | -3,184.38 |
| **TOTAL** | | | | | **-103,500.48** |